JUDGE JONES

07 CV 7222

# ELECTION OF PLAINTIFF STATUS

To: J. Michael McMahon, Clerk
United States District Court for the Southern District Of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RECEIVED AUG 14 2007 U.S.D.C. S.D. N.Y. CASHIERS

The undersigned is currently or was formerly an employee of Flaum Appetizing Corp. and Moshe Grudhut, and hereby elects to be a plaintiff in a lawsuit to redress their failure to pay wages as required by the Fair Labor Standards Act and corresponding sections of New York Labor Law. The undersigned further designates David Tykulsker & Associates, 161 Walnut Street, Montclair, New Jersey 07042 (973) 509-9292 as attorney for the undersigned in this lawsuit.

Signature: GERMAN ROMERO PEREZ

Date: 8/05/07