Jeffery A. Meyer (JM-4468)
Kaufman Dolowich & Voluck LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Phone: (516) 681-1100
Facsimile: (516) 681-1101
jmeyer@kdvlaw.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FELIPE ROMERO, JOSE PANI, JUSTINO ROMERO,
PLACIDO ROMERO, JUAN JOSE ROMERO, IRMA
JUAREZ, GERMAN ROMERO, BULMARO ARENAS,
ALTAGRACIA MERCED and MARIA CORONA, on          **RULE 7.1 STATEMENT**
behalf of themselves and all others similarly situated,

                              Index No. 07 CV 07222

                 Plaintiffs,

                              (BSJ) (JCF)

     -against-

FLAUM APPETIZING CORP., MOSHE GRUDHUT, and
"UNKNOWN FLAUM MANAGERS 1-5" (Names Being
Fictious),

                 Defendants.
------------------------------------------------------------x

      The Defendants, by their counsel, Kaufman Dolowich & Voluck LLP, set forth the following:

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants certifies that it has no parent corporations or publicly held companies that own ten percent (10%) or more of its stock and none of the Defendants are not a publicly held company.

Dated:       January 4, 2008
               Woodbury, New York

                                        Kaufman Dolowich & Voluck LLP
                                        Attorneys for Defendants

                                        By: _____
                                            Jeffery A. Meyer (JM-4468)
                                        135 Crossways Park Drive, Suite 201
                                        Woodbury, New York 11797
                                        (516) 681-1100

ND: 4824-4885-0434, v. 1