INDEX # : **07-CV-7222**
Date Filed: **August 14, 2007**

STATE OF NEW YORK   COUNTY OF
UNITED STATES DISTRICT COURT
DISTRICT: SOUTHERN DISTRICT OF NEW YORK
ATTORNEY(S): n  PH: 908-686-7300
ADDRESS: NEW JERSEY LAWYERS SERVICE UNION NJ 07083 File No. 49526

*FELIPE ROMERO., ET AL*

vs

*FLAUM APPETIZING CORP., ET AL*

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

**LEONARD SAFRAN**, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On **Tuesday, December 18, 2007** at **7:09 AM**, at **288 SCHOLES STREET, Brooklyn, NY**, deponent served the within **Summons in a Civil Action and Complaint**

on: **FLAUM APPETIZING CORP**, **Defendant** therein named.

**#1 INDIVIDUAL** [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** [X]  By delivering thereat a true copy of each to **MR. AVI** personally, deponent knew said **Domestic Corporation** so served to be the **Domestic Corporation** described in same as said recipient and knew said individual to be the managing/authorized agent of the **Domestic Corporation**, and said person stated that he/she was authorized to accept service on behalf of the **Domestic Corporation**.

**#3 SUITABLE AGE PERSON/ PARTNERSHIP** [ ]  By delivering a true copy of each to _____, _____, a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]  By affixing a true copy of each to the door of said premises, which is recipient's:   [ ] actual place of business   [ ] dwelling house (place of abode) within the state.
Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on _____ at _____
on _____ at _____
on _____ at _____
on _____ at _____
Address confirmed by _____, _____

**#5 MAIL COPY** [ ]  On _____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

**#6 DESC.** [X] (use with #1, 2 or 3)  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: **Male**   Color of skin: **White**   Color of hair: **Brown**   Age: **36-50 Yrs**   Height: **5' 4" - 5' 8"**
Weight: **131 - 160 Lbs**   Other Features: _____

**#7 WIT. FEES** [ ]  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MIL. SRVC** [ ]  Your deponent asked the person spoken to whether defendant was in the active military service of the United States or N. Y. State; and received a negative reply. Upon information and belief I have; being based on the conversations & observations above narrated, defendant is not in the military service.

**#9 OTHER** [ ]

Sworn to before me on **December 20, 2007**

VANESSA JOHNSON
NOTARY PUBLIC, State of New York
No. 01J06166083, Qualified in Kings County
Term Expires May 14, 2011

LEONARD SAFRAN
Server's Lic # 0741423
Invoice•Work Order # 0147858

Case 1:07-cv-07222-BSJ-JCF   Document 15   Filed 01/04/2008   Page 2 of 2

Received:           NJ LAWYERS         Fax:            Dec 14 2007 03:32pm   Dec 14 2007 05:07pm  P003
Dec. 14. 2007  2:26PM   DAVID TYKULSKER & ASSOCIATES                          No. 0733   P. 5

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE Tuesday December 18, 2007 |
| NAME OF SERVER (PRINT) Leonard Safran | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Mr. Avi, managing/authorized agent

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/20/07
                Date

Signature of Server  Leonard Safran

Address of Server  3411 Elliott Blvd Oceanside NY 11572

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.