**STATE OF NEW YORK        COUNTY OF**
**UNITED STATES DISTRICT COURT**
**DISTRICT: SOUTHERN DISTRICT OF NEW YORK**
ATTORNEY(S): n  PH: 908-686-7300
ADDRESS: NEW JERSEY LAWYERS SERVICE UNION  NJ 07083 File No.: 49123

INDEX #: **07-CV-7222**
Date Filed: **August 14, 2007**

*FELIPE ROMERO, ET AL*

vs

*FLAUM APPETIZING CORP., MOSHE GRUDHUT, ET AL*

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

__LEONARD SAFRAN__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __Wednesday, December 19, 2007__ at __9:10 AM__, at __288 SCHOLES STREET, Brooklyn, NY 11206__, deponent served the within __Summons in a Civil Action and Complaint__

on: __MOSHE GRUDHUT c/o FLAUM APPETIZING CORP.__, __Defendant__ therein named.

**#1 INDIVIDUAL** ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** ☐ By delivering thereat a true copy of each to _____ personally, deponent knew said so served to be the _____ described in same as said recipient and knew said individual to be the managing/authorized agent of the _____, and said person stated that he/she was authorized to accept service on behalf of the _____.

**#3 SUITABLE AGE PERSON/ PARTNERSHIP** ☒ By delivering a true copy of each to __"JANE DOE" (REFUSED NAME)__, __CO-WORKER__, a person of suitable age and discretion. Said premises is recipient's: [X] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** ☐ By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

on _____ at _____
on _____ at _____
on _____ at _____
on _____ at _____

Address confirmed by _____

**#5 MAIL COPY** ☒ On __January 2, 2008__, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

**#6 DESC.** ☒ (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: __Female__  Color of skin: __White__  Color of hair: __Brown__  Age: __21-35 Yrs__  Height: __5'4" - 5'8"__
Weight: __131 - 160 Lbs__  Other Features: _____

**#7 WIT. FEES** ☐ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MIL. SRVC** ☒ Your deponent asked the person spoken to whether defendant was in the active military service of the United States or N.Y. State; and received a negative reply. Upon information and belief I have, being based on the conversations & observations above narrated, defendant is not in the military service.

**#9 OTHER** ☐

Sworn to before me on __January 3, 2008__

VANESSA JOHNSON
NOTARY PUBLIC, State of New York
No. 01JO6166083, Qualified in Kings County
Term Expires May 14, 2011

LEONARD SAFRAN
Server's Lic # 0741423
Invoice-Work Order # 0147973