DAVID TYKULSKER & ASSOCIATES
161 Walnut Street
Montclair, New Jersey 07042
(973) 509-9292 (phone)
(973) 509-1181 (facsimile)
david@dtesq.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIPE ROMERO, JOSE PANI, JUSTINO ROMERO, PLACIDO ROMERO, JUAN JOSE ROMERO, IRMA JUAREZ, GERMAN ROMERO, BULMARO ARENAS, ALTAGRACIA MERCED AND MARIA CORONA, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>-vs-<br><br>FLAUM APPETIZING CORP., MOSHE GRUDHUT, and "UNKNOWN FLAUM MANAGERS 1-5"(Names Being Fictitious),<br><br>    Defendants. | Civil Action No. 07-cv-7222<br><br><br><br><br><br><br><br><br><br>**NOTICE OF MOTION** |

To:   Jeffrey A. Meyer, Esq.
      KAUFFMAN, DOLOWICH & VOLUCK, LLP
      135 Crossways Park Drive, Suite 201
      Woodbury, NY 11797

**PLEASE TAKE NOTICE THAT** at such date and time as the Court may direct, plaintiffs will move the Hon. Barbara S. Jones, U.S.D.J., for the entry of an Order pursuant to Fed.R.Civ.P. 4(d)(5), granting plaintiffs their costs for effecting service and a reasonable attorney's fee for

obtaining such costs. In support thereof, plaintiff submits the Affidavit of David Tykulsker, Esq., a Statement that no brief is necessary and a proposed form of Order. Oral argument is not requested.

**PLEASE TAKE FURTHER NOTICE** that unless timely responsive papers are filed and served, the Court may enter the proposed form of Order without further notice to you.

Dated: March 7, 2008

/s/
David Tykulsker, Esq.
David Tykulsker & Associates
161 Walnut St.
Montclair, NJ 07042
(973) 509-9292 - telephone
(973) 509-1181 - facsimile
David@dtesq.com - email