DAVID TYKULSKER & ASSOCIATES
161 Walnut Street
Montclair, New Jersey 07042
(973) 509-9292 (phone)
(973) 509-1181 (facsimile)
david@dtesq.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIPE ROMERO, JOSE PANI, JUSTINO ROMERO, PLACIDO ROMERO, JUAN JOSE ROMERO, IRMA JUAREZ, GERMAN ROMERO, BULMARO ARENAS, ALTAGRACIA MERCED AND MARIA CORONA, on behalf of themselves and all others<br><br>Plaintiffs,<br><br>-vs-<br><br>FLAUM APPETIZING CORP., MOSHE GRUDHUT, and "UNKNOWN FLAUM MANAGERS 1-5"(Names Being Fictitious),<br><br>Defendants. | Civil Action No. 07-cv-7222 |

<b><u>STATEMENT THAT NO BRIEF IS NECESSARY</u></b>

Inasmuch as there are no legal issues presented at the filing of this motion, and inasmuch as the language of Fed.R.Civ.P. 4(d)(5) is clear, no brief is necessary for this motion.

RESPECTFULLY SUBMITTED

_____/s/_____
David Tykulsker, Esq.

                                                          David Tykulsker & Associates
                                                          161 Walnut Street
                                                          Montclair, NJ 07042
                                                          (973) 509-9292 - telephone
                                                          (973) 509-1181 - facsimile
Dated: March 7, 2008                            David@dtesq.com - email