# EXHIBIT B



FIRST CLASS MAIL

David Tykulsker & Associates
Attorneys-at-Law
161 WALNUT STREET
MONTCLAIR, NEW JERSEY 07042

TO: Mr. Moshe Grudhut, CEO
Flaum Appetizing Corp.

RTS — RETURN TO SENDER
☐ OTHER
A ☐ INSUFFICIENT ADDRESS
  ☐ ATTEMPTED NOT KNOWN
C ☐ NO SUCH NUMBER/STREET
S ☐ NOT DELIVERABLE AS ADDRESSED
  - UNABLE TO FORWARD

RECEIVED OCT 2 2 2007
BY: _____

10/24/07