# EXHIBIT C

*(Page rotated 90°; content as read:)*

**New Jersey Lawyers Service**
**Additional/Miscellaneous**

Invoice Date: 02-01-2008
Acct. No.: 9458A
Your File No.: [redacted]

DAVID TYKULSKER & ASSOCIATES
161 WALNUT ST
MONTCLAIR   NJ   07042
R SD
1454

Attorney: [redacted]

| Service Date | Service Type / Detail | Amount |
|---|---|---|
| | **Process Service** | |
| 12/10/2007 | Job #49122 Case Name: FELIPE ROMERO, ET ALS FLAUM APPETIZING CORP, MOSHE GRYDHUT, ET ALS Person/Co. Served: FLAUM APPETIZING CORP   Docket No.: 07 CV 7222 | $150.00 |
| | [redacted] | [redacted] |
| | [redacted] | |
| 1/7/2008 | Job #49123 Case Name: FELIPE ROMERO, ET ALS FLAUM APPETIZING CORP, MOSHE GRYDHUT, ET ALS Person/Co. Served: MOSHE GRUDHUT   Docket No.: 07 CV 7222 | $100.00 |
| | [redacted] | |
| | [redacted] | |
| | | **sub-total** |
| | Same Day Delivery | |
| | | $50.00 |
| | | **sub-total** |