# EXHIBIT F

## HOURLY RATES CHARGED BY PARTNERS
## FOR NEW JERSEY PLAINTIFFS EMPLOYMENT LAWYERS

| Name/Firm/Location | Hourly Rate | Years Of Practice |
|---|---|---|
| Neil Mullin<br>Smith Mullin, P.C.<br>Montclair, New Jersey | $450 | 23 |
| Nancy Erika Smith<br>Smith Mullin, P.C.<br>Montclair, New Jersey | $450 | 22 |
| Frederic J. Gross<br>Mt. Ephraim, New Jersey | $385[1] | 25 |
| Maureen Binetti<br>Wilentz, Goldman & Spitzer, P.C.<br>Woodbridge, New Jersey | $350 | 19.5 |
| Bennet Zurofsky<br>Reitman Parsonnet, P.C.<br>Newark, New Jersey | $350 | 23 |
| Walter Lucas<br>Lucas, Savits & Marose<br>West Orange, New Jersey | $325 | 13 |
| Glen Savits<br>Lucas, Savits & Marose<br>West Orange, New Jersey | $325 | 19 |
| Gary E. Roth<br>Leib, Kraus, Grispin & Roth<br>Scotch Plains, New Jersey | $300<br>($325 for court appearances) | 20 |
| Alan H. Schorr<br>Marlton, New Jersey | $300 | 10 |
| Elizabeth Zuckerman<br>Zuckerman & Fisher, LLC<br>Lawrenceville, New Jersey | $285 | 16 |
| Richard E. Yaskin<br>Voorhees, New Jersey | $275[2] | 20 |
| William Hildebrand<br>Feldman & Hildebrand, P.C.<br>Cherry Hill, New Jersey | $275[3] | 20 |
| Andrew Dwyer<br>Dwyer Law Firm, L.L.C.<br>Newark, New Jersey | $250 | 12 |
| Deborah Ellis<br>Dwyer Law Firm, L.L.C.<br>Newark, New Jersey | $250 | 19 |

[1] This rate for Mr. Grossman was approved in litigation before the Hon. Joseph H. Rodriguez, U.S.D.J., and the Hon. Joseph A. Greenaway, Jr., U.S.D.J.
[2] Mr. Yaskin is in the process of increasing his rate to $300 per hour.
[3] This rate for Mr. Hildebrand was approved in a handicap discrimination case by the Hon. John B. Mariano, J.S.C. in September 2001.

3

## HOURLY RATES CHARGED BY ASSOCIATES/COUNSEL
## FOR NEW JERSEY PLAINTIFFS EMPLOYMENT LAWYERS

| Name/Firm/Location | Hourly Rate | Years Of Practice |
|---|---|---|
| Miriam Cahn<br>Smith Mullin, P.C.<br>Montclair, New Jersey | $300 | 18 |
| Christopher Lenzo<br>Wilentz, Goldman & Spitzer, P.C.<br>Woodbridge, New Jersey | $275 | 8.5 |
| Laura Bogaards<br>Lucas, Savits & Marose, LLC<br>West Orange, New Jersey | $250 | 10 |
| Kirsten Branigan<br>Wilentz, Goldman & Spitzer, P.C.<br>Woodbridge, New Jersey | $225 | 6.5 |
| Jacqueline Tillmann<br>Zuckerman & Fisher, LLC<br>Lawrenceville, New Jersey | $225 | 9[1] |
| Evan Blaker<br>Feldman & Hildebrand, P.C.<br>Cherry Hill, New Jersey | $225[2] | 11 |
| Susan E. Babb<br>Frederic J. Gross<br>Mt. Ephraim, New Jersey | $220 | 12[3] |
| Stephanie Gironda<br>Lucas, Savits & Marose, LLC<br>West Orange, New Jersey | $200 | 3 |
| Michael Berg<br>Alan J. Schorr<br>Marlton, New Jersey | $200 | 5 |
| Reitman Parsonnet, P.C.<br>Newark, New Jersey | $200 | This is the general rate charged for associates |
| Gregory Noble<br>Wilentz, Goldman & Spitzer, P.C.<br>Woodbridge, New Jersey | $195 | 3.5 |
| Ravi Sattiraju<br>Wilentz, Goldman & Spitzer, P.C.<br>Woodbridge, New Jersey | $195 | 3.5 |
| Elizabeth Bair<br>Wilentz, Goldman & Spitzer, P.C.<br>Woodbridge, New Jersey | $185 | 6.5 |
| John J. Grogan<br>Richard E. Yaskin[4]<br>Voorhees, New Jersey | $175 | 5 |

[1] Admitted in New Jersey in 1998.
[2] This rate for Mr. Blaker was approved in a handicap discrimination case by the Hon. John B. Mariano, J.S.C. in September, 2001.
[3] Admitted in New Jersey in 1997.

4

| | | |
|---|---|---|
| John M. Chomko<br>Richard E. Yaskin[5] | $175 | 12 |
| Mary Smith<br>Wilentz, Goldman & Spitzer, P.C.<br>Woodbridge, New Jersey | $160 | 1.5 |
| Kathleen Dunnigan<br>Dwyer Law Firm, L.L.C.<br>Newark, New Jersey | $135 | 3 |
| Antigone J. Andersen<br>Dwyer Law Firm, L.L.C.<br>Newark, New Jersey | $135 | 1 |

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*Andrew Dwyer*

Dated: March 6, 2002

---

[4] Mr. Yaskin is a sole practitioner. However, he has billed the rate indicated for Mr. Grogan as an associated attorney in 2001.

[5] Mr. Yaskin is a sole practitioner. However, he has billed the rate indicated for Mr. Chomko as an associated attorney in 2001.