# EXHIBIT H

```
Date: 03/07/08                          Detail Fee Transaction File List                           Page: 1
                                          DAVID TYKULSKER & ASSOCIATES

                                 H T B R
    Client     Date    Tmkr Cat Src P X C C Tcd    Rate      Hours      Amount                                                       Ref#

 40221.0001 11/26/07    1   16      P         1   425.00     1.84       782.00 Draft of motion papers for 4(d)(5); Instructions;      32
                                                                                Legal Research
                                                                                Mr. Felipe Romero

           Subtotal for 11/26/07              Billable       1.84       782.00
                                              Total          1.84       782.00


       Total for Client # 40221.0001          Billable       1.84       782.00 Mr. Felipe Romero
                                              Total          1.84       782.00 In Re:Flaum Appetizing Corp. (Group Action) (FLSA)


           Grand Totals                       Billable       1.84       782.00
                                              Total          1.84       782.00
```

```
Date: 03/07/08                        Detail Transaction File List                                    Page: 1
                                       DAVID TYKULSKER & ASSOCIATES

                       E/A    H T B R       Stmt #   Ctype
   Client    Date   Tmkr Cat Src P X C C Tcd  Rate   Hours    Amount                                    Ref#
   -------   -----  ---- --- --- - - - - --- ------- -----    ------                                    ----
40221.0001  03/07/08   5  16      P         40 125.00  2.50   312.50 Review, edit and revise Notice of Motion for    51
                                                                     Costs and Fees with supporting documents;
                                                                     preparation for e-filing of same
                                                                     Mr. Felipe Romero
                                                              ------
        Subtotal for 03/07/08            Billable      2.50   312.50
                                         Total        2.50   312.50

                                                      =====   ======
    Total for Client # 40221.0001        Billable      2.50   312.50 Mr. Felipe Romero
                                         Total        2.50   312.50 In Re:Flaum Appetizing Corp. (Group Action) (FLSA)


                                                      =====   ======
    Grand Totals                         Billable      2.50   312.50
                                         Total        2.50   312.50
```