UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
FELIPE ROMERO, JOSE PANI, JUSTINO    : 07 Civ. 7222 (BSJ) (JCF)
ROMERO, PLACIDO ROMERO, JUAN JOSE    :
ROMERO, IRMA JUAREZ, GERMAN ROMERO,  :  O R D E R
BULMARO ARENAS, ALTAGRACIA MERCED    :
and MARIA CORONA, on behalf of       :
themselves and all others similarly  :
situated,                            :
                 Plaintiffs,         :
                                     :
     - against -                     :
                                     :
FLAUM APPETIZING CORP., MOSHE        :
GRUDHUT, and "UNKNOWN FLAUM          :
MANAGERS 1-5" (Names Being           :
Fictitious),                         :
                 Defendants.         :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE



        A pretrial conference having been held on March 10, 2008, it is hereby ORDERED as follows:

        1.  Any motion for conditional class certification shall be filed by May 16, 2008.

        2.  All discovery shall be completed within three months of dissemination of class notice.

        3.  The pretrial order shall be submitted thirty days after the close of discovery unless any dispositive motion or motion to decertify the class is filed by that date. If such a motion is filed, the pretrial order shall be due thirty days after the motion is decided.

                        SO ORDERED.

                              _____
                              JAMES C. FRANCIS IV
                              UNITED STATES MAGISTRATE JUDGE

1

Dated:      New York, New York
            March 10, 2008

Copies mailed this date:

David A. Tykulsker, Esq.
David Tykulsker & Associates
161 Walnut Street
Montclair, New Jersey 07042

Jeffery A. Meyer, Esq.
Kaufman, Schneider & Bianco LLP
135 Crossways Park Drive
Woodbury, New York 11797