DAVID TYKULSKER & ASSOCIATES
161 Walnut Street
Montclair, New Jersey 07042
(973) 509-9292 (phone)
(973) 509-1181 (facsimile)
david@dtesq.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FELIPE ROMERO, JOSE PANI, JUSTINO ROMERO, PLACIDO ROMERO, JUAN JOSE ROMERO, IRMA JUAREZ, GERMAN ROMERO, BULMARO ARENAS, ALTAGRACIA MERCED AND MARIA CORONA, on behalf of themselves and all others | : : : : : : : : : | Civil Action No. 07-cv-7222 |
| Plaintiffs, | : : : | |
| -vs- | : : | |
| | : | **ORDER** |
| | : : | |
| FLAUM APPETIZING CORP., MOSHE GRUDHUT, and "UNKNOWN FLAUM MANAGERS 1-5"(Names Being Fictitious), | : : : : | |
| | : : | |
| Defendants. | : : | |

This matter having been opened to the Court by motion of plaintiffs seeking an Order

pursuant to Fed.R.Civ.P. 4(d)(5), and the Court having considered the moving papers, the opposing

papers, the arguments of counsel and all other relevant matters of record, and good cause appearing,

IT IS this _____ Day of _____, 200__, **ORDERED** and **ADJUDGED** that:

1.    Plaintiffs' motion be and hereby is granted.

2.    Defendants shall, jointly and severally, pay to plaintiffs their costs of service in the

amount of $250.00  and a reasonable attorney's fee of $1,094.00 within ten (10) days

of this date.

_____

BARBARA S. JONES, U.S.D.J.