DAVID TYKULSKER & ASSOCIATES
161 Walnut Street
Montclair, New Jersey 07042
(973) 509-9292 (phone)
(973) 509-1181 (facsimile)
david@dtesq.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIPE ROMERO, JOSE PANI, JUSTINO ROMERO, PLACIDO ROMERO, JUAN JOSE ROMERO, IRMA JUAREZ, GERMAN ROMERO, BULMARO ARENAS, ALTAGRACIA MERCED AND MARIA CORONA, on behalf of themselves and all others<br><br>Plaintiffs,<br><br>-vs-<br><br>FLAUM APPETIZING CORP., MOSHE GRUDHUT, and "UNKNOWN FLAUM MANAGERS 1-5"(Names Being Fictitious),<br><br>Defendants. | Civil Action No. 07-cv-7222<br><br><br><br><br><br><br><br><br><br><br><br>**CERTIFICATION OF SERVICE** |

Norma M. Edrington, certifies and says:

1. I am a legal assistant in the law firm of David Tykulsker & Associates, counsel for plaintiffs, in the above captioned matter.

2. On March 8, 2008, this office electronically filed with the United States District Court for the Southern District of New York Bankruptcy the following:

    • Notice of Motion for costs and fees;

    • Brief in Support of Motion;

- Affidavit of Counsel with attached Exhibits A-H;

- Proposed Order

3. As counsel for the Defendants are registered ECF Filing Users, counsel is served by virtue of ¶ 2 above.

Pursuant to 28 *U.S.C.* § 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on March 8, 2008..

Dated: March 8, 2008

Norma M. Edrington