# EXHIBIT B

Case 1:07-cv-07222-BSJ-JCF    Document 21-3    Filed 03/10/2008    Page 2 of 2



FIRST CLASS MAIL

David Tykulsker & Associates
Attorneys-at-Law
161 WALNUT STREET
MONTCLAIR, NEW JERSEY 07042

TO: Mr. Moshe Grudhut, CEO
Flaum Appetizing Corp.

RTS — RETURN TO SENDER
☐ OTHER
A ☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
C ☐ NO SUCH NUMBER/ STREET
S ☐ NOT DELIVERABLE AS ADDRESSED
    - UNABLE TO FORWARD

RECEIVED OCT 2 2 2007
BY:

10/24/07