# EXHIBIT C

**New Jersey Lawyers Service**
Additional/Miscellaneous

DAVID TYKULSKER & ASSOCIATES    R  SD
161 WALNUT ST
MONTCLAIR    NJ    07042

Invoice Date: 02-01-2008
Acct. No.  9458A
Your File No. 1454

| Service Date | Service Type/Detail | Attorney | Amount |
|---|---|---|---|
| | Process Service | | |
| 12/10/2007 | Job #49122 Case Name: FELIPE ROMERO, ET ALS FLAUM APPETIZING CORP, MOSHE GRYDHUT, ET ALS Person/Co. Served: FLAUM APPETIZING CORP   Docket No.: 07 CV 7222 | | $150.00 |
| | [redacted] ...DE MAYO BAKERY INC. 5 DE MAYO MEXICAN... ...OCN-E-2350- | | |
| | [redacted] ...BLANCA... | | |
| 1/7/2008 | Job #49123 Case Name: FELIPE ROMERO, ET ALS FLAUM APPETIZING CORP, MOSHE GRYDHUT, ET ALS Person/Co. Served: MOSHE GRYDHUT   Docket No.: 07 CV 7222 | | $100.00 |
| | [redacted] ...TAPIA... OCN-E-2350-04 | | |
| 1/7/2 | [redacted] | | |
| | Same Day Delivery | | |
| | | sub-total: | |
| | | sub-total: | $50.00 |