# EXHIBIT G

## HOURLY RATES CHARGED BY PARTNERS AT
## NEW JERSEY PLAINTIFFS EMPLOYMENT FIRMS

| FIRM NAME/LOCATION | YEARS OF PRACTICE | HOURLY RATE |
|---|---|---|
| Neil Mullin<br>Smith Mullin, PC<br>Montclair, N.J. | 26 | $500 |
| Nancy Smith<br>Smith Mullin, PC<br>Montclair, N.J. | 25 | $500 |
| Glen Savits<br>Green, Savits & Lenzo<br>Morristown, N.J. | 24 | $375 |
| Jon Green<br>Green, Savits & Lenzo<br>Morristown, N.J. | 21 | $375 |
| Christopher Lenzo<br>Green, Savits & Lenzo<br>Morristown, N.J. | 13 | $375 |
| Ty Hyderally<br>Law Offices of Ty Hyderally, PC<br>Montclair, N.J. | 12 | $350 |

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: October 17, 2006

*[signature]*
ROSEMARY DISAVINO