*David Tykulsker & Associates*
*Attorneys-at-Law*
161 WALNUT STREET
MONTCLAIR, NEW JERSEY 07042

E-MAIL: david@dtesq.com
TEL. (973) 509-9292
FAX (973) 509-1181

DAVID TYKULSKER**
ROSEMARY DiSAVINO*

PAUL C. RENNER
OF COUNSEL

NJ & NY BAR*
CERTIFIED WORKERS' COMPENSATION
LAW ATTORNEY°

**MEMO ENDORSED**

June 13, 2008



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08

**VIA FACSIMILE (212) 805-7930**

Honorable James C. Francis, U.S. Magistrate Judge
United States Courthouse
500 Pearl St.reet
Room 1960
New York, NY 10007

  Re: <u>Romero, et als. v. Flaum Appetizing Corp., et als.</u>
    Docket No.: 07 cv 07222

Dear Judge Francis:

  The undersigned represents the plaintiffs in the above-captioned matter. Following up on my conversation with counsel with chambers yesterday, I write to request that the deadline for filing the Motion for Class Certification be extended until August 31.

  As Your Honor is aware, this case involves plaintiffs' allegations that defendants failed to pay overtime wages as required by the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* and New York Labor Law, Article 6, §§ 190 *et seq.* At the parties' conference, defendants' counsel advised that he had prepared the responses to disclosure and would be forwarding same shortly. I took this to mean that he would be forwarding the basic documents for such a wage case including the list of employees, their time records and their pay records. Apparently Mr. Meyer understood differently, as he has indicated that he will only provide such documents pursuant to a Rule 34 Document Request. That Document Request has been drafted and will be finalized such that it will be served on Monday, June 16. The delay is in part due to defendants' recent discharge of most of the work force who would be in the Class. Assuming that the documents will be timely produced, plaintiffs will have sufficient time to bring the motion on by August 31.

I thank Your Honor for your kind consideration of the foregoing.

Very Truly Yours

/s/ David Tykulsker

DAVID TYKULSKER

DT:nme

cc:   Jeffrey Meyer, Esq. (516) 681-1101 (via facsimile)

6/26/08

Application granted.
No further extensions.
SO ORDERED.
James C. Francis IV
USMJ