

DAVID TYKULSKER & ASSOCIATES
161 Walnut Street
Montclair, New Jersey 07042
(973) 509-9292 (phone)
(973) 509-1181 (facsimile)
david@dtesq.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIPE ROMERO, JOSE PANI, JUSTINO ROMERO, PLACIDO ROMERO, JUAN JOSE ROMERO, IRMA JUAREZ, GERMAN ROMERO, BULMARO ARENAS, ALTAGRACIA MERCED AND MARIA CORONA, on behalf of themselves and all others : : : : : : : : : | Civil Action No. 07-cv-7222 |
| Plaintiffs, : : | |
| -vs- : : : | **ORDER** |
| FLAUM APPETIZING CORP., MOSHE GRUDHUT, and "UNKNOWN FLAUM MANAGERS 1-5"(Names Being Fictitious), : : : : : | |
| Defendants. : : | |

This matter having been opened to the Court by motion of plaintiffs seeking an Order

pursuant to Fed.R.Civ.P. 4(d)(5), and the Court having considered the moving papers, ~~the opposing~~

~~papers, the arguments of counsel~~ and all other relevant matters of record, and good cause appearing,

IT IS this 26th Day of _June_, 2008, **ORDERED** and **ADJUDGED** that:

1.    Plaintiffs' motion be and hereby is granted. as un opposed.

2.    Defendants shall, jointly and severally, pay to plaintiffs their costs of service in the

amount of $250.00 and a reasonable attorney's fee of $1,094.00 within ten (10) days

of this date.

James C. Francis IV

BARBARA S. JONES, U.S.D.J.

USMJ