DAVID TYKULSKER & ASSOCIATES
161 Walnut Street
Montclair, New Jersey 07042
(973) 509-9292 (phone)
(973) 509-1181 (facsimile)
david@dtesq.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FELIPE ROMERO, JOSE PANI, JUSTINO ROMERO, PLACIDO ROMERO, JUAN JOSE ROMERO, IRMA JUAREZ, GERMAN ROMERO, BULMARO ARENAS, ALTAGRACIA MERCED AND MARIA CORONA,  on behalf of themselves and all others | : : : : : : : : : : | Civil Action No. 07-cv-7222 |
| Plaintiffs, | : : | **NOTICE OF FILING ELECTION OF PLAINTIFF STATUS FORM** |
| -vs- | : : : | |
| FLAUM APPETIZING CORP., MOSHE GRUDHUT, and "UNKNOWN FLAUM MANAGERS 1-5"(Names Being Fictitious), | : : : : : | |
| Defendants. | : : : | |

TO: J. Michael McMahon, Clerk
    U.S. District Court for the
    Southern District of New York
    Daniel Patrick Moynihan U.S. Courthouse
    500 Pearl Street
    New York, NY 10007-1312

SIR:

        The undersigned attorneys for plaintiffs hereby adds to this litigation Dionicio Melchor as

an additional plaintiff.  A true copy of the Election of Plaintiff Status form signed by Dionicio

Melchor is attached as Exhibit A.

                                                Respectfully Submitted,

                                                DAVID TYKULSKER & ASSOCIATES
                                                161 Walnut Street
                                                Montclair, New Jersey 07042
                                                (973) 509-9292 (phone)
                                                (973) 509-1181 (facsimile)
                                                david@dtesq.com
                                                Attorneys for Plaintiffs


Dated: August 21, 2008                                 s/
                                                DAVID TYKULSKER