DAVID TYKULSKER & ASSOCIATES
161 Walnut Street
Montclair, New Jersey 07042
(973) 509-9292 (phone)
(973) 509-1181 (facsimile)
david@dtesq.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FELIPE ROMERO, JOSE PANI, JUSTINO ROMERO, PLACIDO ROMERO, JUAN JOSE ROMERO, IRMA JUAREZ, GERMAN ROMERO, BULMARO ARENAS, ALTAGRACIA MERCED AND MARIA CORONA, on behalf of themselves and all others | : : : : : : : : | Civil Action No. 07-cv-7222 |
| Plaintiffs, | : : : | **NOTICE OF FILING ELECTION OF PLAINTIFF STATUS FORM** |
| -vs- | : : | |
| FLAUM APPETIZING CORP., MOSHE GRUDHUT, and "UNKNOWN FLAUM MANAGERS 1-5"(Names Being Fictitious), | : : : : | |
| Defendants. | : : | |

TO: J. Michael McMahon, Clerk
      U.S. District Court for the
      Southern District of New York
      Daniel Patrick Moynihan U.S. Courthouse
      500 Pearl Street
      New York, NY 10007-1312

SIR:

        The undersigned attorneys for plaintiffs hereby adds to this litigation Herlinda Cortez as an

additional plaintiff.  A true copy of the Election of Plaintiff Status form signed by Herlinda Cortez

is attached as Exhibit A.

Respectfully Submitted,

DAVID TYKULSKER & ASSOCIATES
161 Walnut Street
Montclair, New Jersey 07042
(973) 509-9292 (phone)
(973) 509-1181 (facsimile)
david@dtesq.com
Attorneys for Plaintiffs


Dated: August 21, 2008              _____s/_____

                                    DAVID TYKULSKER