# EXHIBIT A

Case 1:07-cv-07222-BSJ-JCF    Document 28-2    Filed 08/21/2008    Page 1 of 2

# ELECTION OF PLAINTIFF STATUS

To:   J. Michael McMahon, Clerk
      United States District Court for the Southern District Of New York
      Daniel Patrick Moynihan United States Courthouse
      500 Pearl Street
      New York, NY 10007-1312


The undersigned is currently or was formerly an employee of Flaum Appetizing Corp. and Moshe Grudhut, and hereby elects to be a plaintiff in a lawsuit to redress their failure to pay wages as required by the Fair Labor Standards Act and corresponding sections of New York Labor Law. The undersigned further designates David Tykulsker & Associates, 161 Walnut Street, Montclair, New Jersey  07042 (973) 509-9292 as attorney for the undersigned in this lawsuit.


Signature: _ISIDRO VARGAS_

Date: _8-7-08_