# EXHIBIT A

# **ELECTION OF PLAINTIFF STATUS**

To:  J. Michael McMahon, Clerk
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

The undersigned is currently or was formerly an employee of Flaum Appetizing Corp. and Moshe Grudhut, and hereby elects to be a plaintiff in a lawsuit to redress their failure to pay wages as required by the Fair Labor Standards Act and corresponding sections of New York Labor Law. The undersigned further designates David Tykulsker & Associates, 161 Walnut Street, Montclair, New Jersey, 07042, (973) 509-9292, as attorney for the undersigned in this lawsuit.

Signature: *Micaela Cortes*
Micaela Cortes

Date: 6-15-08