DAVID TYKULSKER & ASSOCIATES
161 Walnut Street
Montclair, New Jersey 07042
(973) 509-9292 (phone)
(973) 509-1181 (facsimile)
david@dtesq.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIPE ROMERO, JOSE PANI, JUSTINO ROMERO, PLACIDO ROMERO, JUAN JOSE ROMERO, IRMA JUAREZ, GERMAN ROMERO, BULMARO ARENAS, ALTAGRACIA MERCED AND MARIA CORONA, on behalf of themselves and all others<br><br>Plaintiffs,<br><br>-vs-<br><br>FLAUM APPETIZING CORP., MOSHE GRUDHUT, and "UNKNOWN FLAUM MANAGERS 1-5"(Names Being Fictitious),<br><br>Defendants. | Civil Action No. 07-cv-7222<br><br>**NOTICE OF FILING ELECTION OF PLAINTIFF STATUS FORM** |

TO: J. Michael McMahon, Clerk
   U.S. District Court for the
   Southern District of New York
   Daniel Patrick Moynihan U.S. Courthouse
   500 Pearl Street
   New York, NY 10007-1312

SIR:

   The undersigned attorneys for plaintiffs hereby adds to this litigation Veronica Cortes as an additional plaintiff. A true copy of the Election of Plaintiff Status form signed by Veronica Cortes

is attached as Exhibit A.

    Respectfully Submitted,

    DAVID TYKULSKER & ASSOCIATES
    161 Walnut Street
    Montclair, New Jersey 07042
    (973) 509-9292 (phone)
    (973) 509-1181 (facsimile)
    david@dtesq.com
    Attorneys for Plaintiffs

Dated: August 21, 2008                          s/
                                                     DAVID TYKULSKER