DAVID TYKULSKER & ASSOCIATES
161 Walnut Street
Montclair, New Jersey 07042
(973) 509-9292 (phone)
(973) 509-1181 (facsimile)
david@dtesq.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIPE ROMERO, JOSE PANI, JUSTINO ROMERO, PLACIDO ROMERO, JUAN JOSE ROMERO, IRMA JUAREZ, GERMAN ROMERO, BULMARO ARENAS, ALTAGRACIA MERCED AND MARIA CORONA, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> -vs- <br><br> FLAUM APPETIZING CORP., MOSHE GRUDHUT, and "UNKNOWN FLAUM MANAGERS 1-5"(Names Being Fictitious), <br><br> Defendants. | Civil Action No. 07-cv-7222 <br><br><br><br> **NOTICE OF MOTION** |

To:   Jeffrey A. Meyer, Esq.
      KAUFFMAN, DOLOWICH & VOLUCK, LLP
      135 Crossways Park Drive, Suite 201
      Woodbury, NY 11797

**PLEASE TAKE NOTICE THAT** at such date and time as the Court may direct, plaintiffs will move the Hon. James C. Francis, U.S.M.J., for the entry of an Order pursuant to Fed.R.Civ.P. 4(d)(5), granting plaintiffs' motion for certification of this matter as a collective action pursuant to

29 U.S.C. § 216(b), and an Order granting plaintiffs' motion compelling defendants to produce identifying information about its current and former hourly employees as well as an Order permitting plaintiffs to publish and send Notice of this matter to all prospective plaintiffs. In support thereof, plaintiffs submit a brief and Certifications of plaintiffs and a proposed form of Order.

Oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that unless timely responsive papers are filed and served, the Court may enter the proposed form of Order without further notice to you.

_____s/_____
David Tykulsker, Esq.
David Tykulsker & Associates
161 Walnut St.
Montclair, NJ 07042
(973) 509-9292 - telephone
(973) 509-1181 - facsimile
David@dtesq.com - email

Dated: August 29, 2008