DAVID TYKULSKER & ASSOCIATES
161 Walnut Street
Montclair, New Jersey 07042
(973) 509-9292 (phone)
(973) 509-1181 (facsimile)
david@dtesq.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIPE ROMERO, JOSE PANI, JUSTINO ROMERO, PLACIDO ROMERO, JUAN JOSE ROMERO, IRMA JUAREZ, GERMAN ROMERO, BULMARO ARENAS, ALTAGRACIA MERCED AND MARIA CORONA, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　-vs-<br><br>FLAUM APPETIZING CORP., MOSHE GRUDHUT, and "UNKNOWN FLAUM MANAGERS 1-5"(Names Being Fictitious),<br><br>　　　　　Defendants. | Civil Action No. 07-cv-7222<br><br><br><br>CERTIFICATION OF<br>MARIA CORONA RIVAS |

I, MARIA CORONA RIVAS, certify and say:

1.　I am a plaintiff in this matter and have filed an Election of Plaintiff Status form. A true and correct copy is attached as Exhibit A.

2.　I was employed by defendant Flaum Appetizing Corporation from February of 2004 through May of 2008.

3. From the time I began working for defendant until in or around August of 2007, I almost always worked significantly more than 40 hours per week. Typically, I worked between 60 to 70 hours per week. There were a few occasions where I worked close to 80 hours per week.

4. I, along with the other employees, was paid an hourly rate. During the first several years of my employment, I was paid $6.50 per hour.

5. From the time I began working for defendant until in or around August of 2007, I usually worked six days per week, Sunday through Friday. After August of 2007, my hours and number of days of work were severely cut.

6. Throughout the course of my employment, I, along with the other hourly employees, punched in a time clock when we arrived and when we left work each day.

7. From the time I began working for defendant until in or around August of 2007, the period during which I worked substantial overtime hours, I never received overtime wages.

8. I, along with most hourly employees, worked the day shift. There were approximately 30 other hourly employees who worked the day shift.

9. Throughout the course of my employment, I worked as a cook and sometimes also worked as a packer.

10. From 2004 through in or around August of 2007, I received my pay in cash.

11. It was general knowledge that none of the hourly employees received overtime wages despite the fact that all of the hourly employees almost always worked over forty hours per week.

12. It was understood that, until our hours were cut to 40 per week in or around August of 2007, it was company policy not to pay overtime wages to the hourly employees.

13. From the beginning of my employment until in or around September of 2007, defendant had no notices posted stating that the employees had a legal right to be paid overtime for hours worked over 40 per week.

14. I did not receive a W-2 or similar form from my employer for time worked in 2004, 2005 or 2006.

I certify that the foregoing statements made my be are true and correct to the best of my knowledge.

Dated: August 27, 2008

_Maria Corona Rivas_
MARIA CORONA RIVAS