# EXHIBIT A

JUDGE JONES

**07 CV** **7222**

# ELECTION OF PLAINTIFF STATUS

To:     J. Michael McMahon, Clerk
United States District Court for the Southern District Of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312



The undersigned is currently or was formerly an employee of Flaum Appetizing Corp

and Moshe Grudhut, and hereby elects to be a plaintiff in a lawsuit to redress their failure to pay

wages as required by the Fair Labor Standards Act and corresponding sections of New York

Labor Law. The undersigned further designates David Tykulsker & Associates, 161 Walnut

Street, Montclair, New Jersey  07042 (973) 509-9292 as attorney for the undersigned in this

lawsuit.

Signature: *Felipe Romero Pérez*

Date: _08/05/07_