# EXHIBIT B

**In & Out Log**
Working Punches

Employee Name sort
Date: 02/22/2004 to 02/28/2004
Employee ID: All

Division: Unknown
Department: Unknown
Section: Unknown

**Employee: 13 - , FELIPE**

Base Dept:                          Card #: 13          Auto Lunch: No

| Date | Time In/Out | Division | Department | Section | Abs. Code | Lunch | Hours | Act. Date | Time | Error |
|------|------------|----------|-----------|---------|-----------|-------|-------|-----------|------|-------|
| 2/23/2004 | 7:24 In | | | | | | | 2/23/2004 | 7:24 | |
| | 20:28 Out | | | | | | 13.067 | 2/23/2004 | 20:28 | |
| 2/24/2004 | 7:06 In | | | | | | | 2/24/2004 | 7:06 | |
| | 19:54 Out | | | | | | 12.800 | 2/24/2004 | 19:54 | |
| 2/25/2004 | 7:05 In | | | | | | | 2/25/2004 | 7:05 | |
| | 20:00 Out | | | | | | 12.917 | 2/25/2004 | 20:00 | |
| 2/26/2004 | 7:13 In | | | | | | | 2/26/2004 | 7:13 | |
| | 19:47 Out | | | | | | 12.567 | 2/26/2004 | 19:47 | |
| 2/27/2004 | 7:10 In | | | | | | | 2/27/2004 | 7:10 | |
| | 13:48 Out | | | | | | 6.633 | 2/27/2004 | 13:48 | |

**Employee Total:     57.983**

## In & Out Log
Working Punches

Employee Name sort
Date: 02/29/2004 to 03/06/2004
Employee ID: All

Division: Unknown
Department: Unknown
Section: Unknown

**Employee: 13 - , FELIPE**

Base Dept:                               Card #: 13         Auto Lunch: No

| Date | Time In/Out | Division | Department | Section | Abs. Code | Lunch | Hours | Act. Date | Time | Error |
|------|-------------|----------|------------|---------|-----------|-------|-------|-----------|------|-------|
| 2/29/2004 | 8:15 In | | | | | | | 2/29/2004 | 8:15 | |
| | 16:08 Out | | | | | | 7.883 | 2/29/2004 | 16:08 | |
| 3/1/2004 | 7:08 In | | | | | | | 3/1/2004 | 7:08 | |
| | 19:41 Out | | | | | | 12.550 | 3/1/2004 | 19:41 | |
| 3/2/2004 | 7:14 In | | | | | | | 3/2/2004 | 7:14 | |
| | 22:44 Out | | | | | | 15.500 | 3/2/2004 | 22:44 | |
| 3/3/2004 | 7:23 In | | | | | | | 3/3/2004 | 7:23 | |
| | 22:46 Out | | | | | | 15.383 | 3/3/2004 | 22:46 | |
| 3/4/2004 | 7:26 In | | | | | | | 3/4/2004 | 7:26 | |
| | 19:58 Out | | | | | | 12.533 | 3/4/2004 | 19:58 | |
| 3/5/2004 | 7:05 In | | | | | | | 3/5/2004 | 7:05 | |
| | 17:00 Out | | | | | | 9.917 | 3/5/2004 | 17:00 | |

**Employee Total:    73.767**

## In & Out Log
Working Punches

Employee Name sort
Date:  03/07/2004 to 03/13/2004
Employee ID: All

Division: Unknown
Department: Unknown
Section: Unknown

Employee: 13 - , FELIPE

Base Dept:                              Card #: 13          Auto Lunch: No

| Date | Time In/Out | Division | Department | Section | Abs. Code | Lunch | Hours | Act. Date | Time | Error |
|------|-------------|----------|------------|---------|-----------|-------|-------|-----------|------|-------|
| 3/7/2004 | 7:36 In |  |  |  |  |  |  | 3/7/2004 | 7:36 |  |
|  | 17:09 Out |  |  |  |  |  | 9.550 | 3/7/2004 | 17:09 |  |
| 3/8/2004 | 7:06 In |  |  |  |  |  |  | 3/8/2004 | 7:06 |  |
|  | 0:30 Out |  |  |  |  |  | 17.400 | 3/9/2004 | 0:30 |  |
| 3/9/2004 | 8:08 In |  |  |  |  |  |  | 3/9/2004 | 8:08 |  |
|  | 0:14 Out |  |  |  |  |  | 16.100 | 3/10/2004 | 0:14 |  |
| 3/10/2004 | 7:09 In |  |  |  |  |  |  | 3/10/2004 | 7:09 |  |
|  | 0:23 Out |  |  |  |  |  | 17.233 | 3/11/2004 | 0:23 |  |
| 3/11/2004 | 7:21 In |  |  |  |  |  |  | 3/12/2004 | 7:21 |  |
|  | 18:47 Out |  |  |  |  |  | 11.433 | 3/11/2004 | 18:47 |  |
| 3/12/2004 | 7:21 In |  |  |  |  |  |  | 3/12/2004 | 10:10 |  |
|  | 14:07 Out |  |  |  |  |  | 6.767 | 3/12/2004 | 14:07 |  |

**Employee Total:     78.483**

# In & Out Log
## Working Punches

Employee Name sort
Date:  03/21/2004  to  03/27/2004
Employee ID:  All

Division: Unknown
Department: Unknown
Section: Unknown

**Employee: 13 - , FELIPE**

Base Dept:                                    Card #: 13        Auto Lunch: No

| Date | Time In/Out | Division | Department | Section | Abs. Code | Lunch | Hours | Act. Date | Time | Error |
|------|-------------|----------|------------|---------|-----------|-------|-------|-----------|------|-------|
| 3/21/2004 | 8:56 In | | | | | | | 3/21/2004 | 8:56 | |
| | 19:34 Out | | | | | | 10.633 | 3/21/2004 | 19:34 | |
| 3/22/2004 | 7:03 In | | | | | | | 3/22/2004 | 7:03 | 110 |
| | 3:07 Out | | | | | | 20.067 | 3/23/2004 | 3:07 | 110 |
| 3/23/2004 | 7:21 In | | | | | | | 3/23/2004 | 7:21 | |
| | 21:16 Out | | | | | | 13.917 | 3/23/2004 | 21:16 | |
| 3/24/2004 | 7:19 In | | | | | | | 3/24/2004 | 7:19 | 110 |
| | 3:11 Out | | | | | | 19.867 | 3/25/2004 | 3:11 | 110 |
| 3/25/2004 | 7:43 In | | | | | | | 3/25/2004 | 7:43 | 110 |
| | 3:45 Out | | | | | | 20.033 | 3/26/2004 | 3:45 | 110 |
| 3/26/2004 | 7:02 In | | | | | | | 3/26/2004 | 7:02 | |
| | 16:43 Out | | | | | | 9.683 | 3/26/2004 | 16:43 | |

**Employee Total:      94.200**

## In & Out Log
### Working Punches

Employee Name sort
Date:  04/04/2004 to 04/17/2004
Employee ID:  All

Division:  Unknown
Department:  Unknown
Section:  Unknown

**Employee: 13 - , FELIPE**

**Base Dept:**          **Card #: 13**          **Auto Lunch: No**

| Date | Time In/Out | Division | Department | Section | Abs. Code | Lunch | Hours | Act. Date | Time | Error |
|------|-------------|----------|------------|---------|-----------|-------|-------|-----------|------|-------|
| 4/4/2004 | 7:31 In | | | | | | | 4/4/2004 | 7:31 | |
| | 17:23 Out | | | | | | 9.867 | 4/4/2004 | 17:23 | |
| 4/5/2004 | 6:11 In | | | | | | | 4/5/2004 | 6:11 | |
| | 13:10 Out | | | | | | 6.983 | 4/5/2004 | 13:10 | |
| 4/14/2004 | 5:15 In | | | | | | | 4/14/2004 | 5:15 | |
| | 21:27 Out | | | | | | 16.200 | 4/14/2004 | 21:27 | |
| 4/15/2004 | 6:13 In | | | | | | | 4/15/2004 | 6:13 | |
| | 20:24 Out | | | | | | 14.183 | 4/15/2004 | 20:24 | |
| 4/16/2004 | 6:03 In | | | | | | | 4/16/2004 | 6:03 | |
| | 19:00 Out | | | | | | 12.950 | 4/16/2004 | 19:00 | |

**Employee Total:     60.183**

## In & Out Log
### Working Punches

Employee Name sort
Date:  04/18/2004  to  04/24/2004
Employee ID:  All

Division:  Unknown
Department:  Unknown
Section:  Unknown

Employee: 13 - , FELIPE

Base Dept:                          Card #: 13        Auto Lunch: No

| Date | Time In/Out | Division | Department | Section | Abs. Code | Lunch | Hours | Act. Date | Time | Error |
|------|-------------|----------|------------|---------|-----------|-------|-------|-----------|------|-------|
| 4/18/2004 | 7:20 In | | | | | | | 4/18/2004 | 7:20 | |
| | 20:04 Out | | | | | | 12.733 | 4/18/2004 | 20:04 | |
| 4/19/2004 | 7:01 In | | | | | | | 4/19/2004 | 7:01 | |
| | 20:06 Out | | | | | | 13.083 | 4/19/2004 | 20:06 | |
| 4/20/2004 | 6:31 In | | | | | | | 4/20/2004 | 6:31 | |
| | 19:35 Out | | | | | | 13.067 | 4/20/2004 | 19:35 | |
| 4/21/2004 | 7:03 In | | | | | | | 4/21/2004 | 7:03 | |
| | 19:48 Out | | | | | | 12.750 | 4/21/2004 | 19:48 | |
| 4/22/2004 | 19:54 In | | | | | | | 4/22/2004 | 19:54 | |
| | 6:08 Out | | | | | | 10.233 | 4/23/2004 | 6:08 | |
| 4/23/2004 | 15:07 In | | | | | | | 4/23/2004 | 15:07 | |
| | 16:35 Out | | | | | | 1.467 | 4/29/2004 | 11:11 | |

Employee Total:        63.333

## In & Out Log
### Working Punches

Employee Name sort
Date: 05/09/2004 to 05/15/2004
Employee ID: to

Division: Unknown
Department: Unknown
Section: Unknown

**Employee: 13 - ,**

**Base Dept:**                          **Card #: 13**      **Auto Lunch: No**

| Date | Time In/Out | Division | Department | Section | Abs. Code | Lunch | Hours | Act. Date | Time | Error |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/10/2004 | 7:20 In | | | | | | | 5/10/2004 | 7:20 | |
| | 19:00 Out | | | | | | 11.667 | 5/10/2004 | 19:00 | |
| 5/11/2004 | 7:00 In | | | | | | | 5/11/2004 | 7:00 | |
| | 19:32 Out | | | | | | 12.533 | 5/11/2004 | 19:32 | |
| 5/12/2004 | 6:58 In | | | | | | | 5/12/2004 | 6:58 | |
| | 19:46 Out | | | | | | 12.800 | 5/12/2004 | 19:46 | |
| 5/13/2004 | 7:15 In | | | | | | | 5/13/2004 | 7:15 | |
| | 19:48 Out | | | | | | 12.550 | 5/13/2004 | 19:48 | |
| 5/14/2004 | 7:16 In | | | | | | | 5/14/2004 | 7:16 | |
| | 15:00 Out | | | | | | 7.733 | 5/14/2004 | 15:00 | |

**Employee Total:     57.283**

## In & Out Log
### Working Punches

Employee Name sort
Date:   05/16/2004 to 05/22/2004
Employee ID:  All

Division:  Unknown
Department:  Unknown
Section:  Unknown

**Employee: 13 - ,**

**Base Dept:**                              **Card #: 13**        **Auto Lunch: No**

| Date | Time In/Out | Division Department Section | Abs. Code | Lunch | Hours | Act. Date | Time | Error |
|------|-------------|------------------------------|-----------|-------|-------|-----------|------|-------|
| 5/16/2004 | 6:34 In | | | | | 5/16/2004 | 6:34 | |
| | 17:01 Out | | | | 10.450 | 5/16/2004 | 17:01 | |
| | 18:34 In | | | | | 5/16/2004 | 18:34 | |
| | 20:07 Out | | | | 1.550 | 5/16/2004 | 20:07 | |
| 5/17/2004 | 6:47 In | | | | | 5/17/2004 | 6:47 | |
| | 20:01 Out | | | | 13.233 | 5/17/2004 | 20:01 | |
| 5/18/2004 | 6:46 In | | | | | 5/18/2004 | 6:46 | |
| | 20:33 Out | | | | 13.783 | 5/18/2004 | 20:33 | |
| 5/19/2004 | 7:00 In | | | | | 5/19/2004 | 7:00 | |
| | 20:01 Out | | | | 13.017 | 5/19/2004 | 20:01 | |
| 5/20/2004 | 7:08 In | | | | | 5/20/2004 | 7:08 | |
| | 20:16 Out | | | | 13.133 | 5/20/2004 | 20:16 | |
| 5/21/2004 | 8:07 In | | | | | 5/21/2004 | 8:07 | |
| | 16:52 Out | | | | 8.750 | 5/21/2004 | 16:52 | |

**Employee Total:      73.917**

# EXHIBIT C

**FLAUM APPETIZING CORP.**

CK.# 56085

| EMP # | DEPT. | NAME | S.S.C. # | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| R02 | | FELIPE ROMERO | | 08/03/07 | 08/07/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 200.0000 | 200.00 | | |

| | GROSS | F.I.C.A. | FED. | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 200.00 | 15.30 | | | 0.69 | 0.60 | 16.59 | 183.41 |
| YTD | 6400.00 | 489.60 | | | 22.08 | 19.20 | | |

EXEMPT M 3

---

**FLAUM APPETIZING CORP.**

CK.# 56129

| EMP # | DEPT. | NAME | S.S.C. # | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| R02 | | FELIPE ROMERO | | 08/10/07 | 08/14/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 200.0000 | 200.00 | | |

| | GROSS | F.I.C.A. | FED. | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 200.00 | 15.30 | | | 0.69 | 0.60 | 16.59 | 183.41 |
| YTD | 6600.00 | 504.90 | | | 22.77 | 19.80 | | |

EXEMPT M 3

---

**FLAUM APPETIZING CORP.**

CK.# 56172

| EMP # | DEPT. | NAME | S.S.C. # | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| R02 | | FELIPE ROMERO | | 08/17/07 | 08/21/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 200.0000 | 200.00 | | |

| | GROSS | F.I.C.A. | FED. | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 200.00 | 15.30 | | | 0.69 | 0.60 | 16.59 | 183.41 |
| YTD | 6800.00 | 520.20 | | | 23.46 | 20.40 | | |

EXEMPT M 3

**FLAUM APPETIZING CORP.**                                    CK.# 56216

| EMP.# | DEPT. | NAME | S.S.C.# | PAY PERIOD | CHK DATE |
|-------|-------|------|---------|------------|----------|
| R02 | | FELIPE ROMERO | | 08/24/07 | 08/28/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|-------|-----|------|------|--------|------|--------|
| REG. | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 200.0000 | 200.00 | | |

| | GROSS | F.I.C.A. | FED. | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---------|--------|----------|------|-------|-------|---------|-----------|---------|
| CURRENT | 200.00 | 15.30 | | | 0.69 | 0.60 | 16.59 | 183.41 |
| YTD | 7000.00 | 535.50 | | | 24.15 | 21.00 | | |

EXEMPT M 3

---

**FLAUM APPETIZING CORP.**                                    CK.# 56259

| EMP.# | DEPT. | NAME | S.S.C.# | PAY PERIOD | CHK DATE |
|-------|-------|------|---------|------------|----------|
| R02 | | FELIPE ROMERO | | 08/31/07 | 09/04/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|-------|-----|------|------|--------|------|--------|
| REG. | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 200.0000 | 200.00 | | |

| | GROSS | F.I.C.A. | FED. | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---------|--------|----------|------|-------|-------|---------|-----------|---------|
| CURRENT | 200.00 | 15.30 | | | 0.69 | 0.60 | 16.59 | 183.41 |
| YTD | 7200.00 | 550.80 | | | 24.84 | 21.60 | | |

EXEMPT M 3

---

**FLAUM APPETIZING CORP.**                                    CK.# 56304

| EMP.# | DEPT. | NAME | S.S.C.# | PAY PERIOD | CHK DATE |
|-------|-------|------|---------|------------|----------|
| R02 | | FELIPE ROMERO | | 09/07/07 | 09/11/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|-------|-----|------|------|--------|------|--------|
| REG. | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 200.0000 | 200.00 | | |

| | GROSS | F.I.C.A. | FED. | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---------|--------|----------|------|-------|-------|---------|-----------|---------|
| CURRENT | 200.00 | 15.30 | | | 0.69 | 0.60 | 16.59 | 183.41 |
| YTD | 7400.00 | 566.10 | | | 25.53 | 22.20 | | |

EXEMPT M 3

## FLAUM APPETIZING CORP.

CK.# 56391

| EMP.# | DEPT. | NAME | S.S.C.# | PAY PERIOD | CHK.DATE |
|---|---|---|---|---|---|
| R02 | | FELIPE ROMERO | | 09/21/07 | 09/25/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG. | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 550.0000 | 550.00 | | |

| | GROSS | F.I.C.A. | FED. | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 550.00 | 42.08 | 20.00 | 16.58 | 10.67 | 0.60 | 89.93 | 460.07 |
| YTD | 8500.00 | 650.26 | 40.00 | 33.16 | 46.87 | 23.40 | | |

EXEMPT M 3

## FLAUM APPETIZING CORP.

CK.# 56435

| EMP.# | DEPT. | NAME | S.S.C.# | PAY PERIOD | CHK.DATE |
|---|---|---|---|---|---|
| R02 | | FELIPE ROMERO | | 09/28/07 | 10/08/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG. | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 550.0000 | 550.00 | | |

| | GROSS | F.I.C.A. | FED. | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 550.00 | 42.08 | 20.00 | 16.58 | 10.67 | 0.60 | 89.93 | 460.07 |
| YTD | 9050.00 | 692.34 | 60.00 | 49.74 | 57.54 | 24.00 | | |

EXEMPT M 3

## FLAUM APPETIZING CORP.

CK.# 56465

| EMP.# | DEPT. | NAME | S.S.C.# | PAY PERIOD | CHK.DATE |
|---|---|---|---|---|---|
| R02 | | FELIPE ROMERO | | 10/05/07 | 10/08/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG. | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 550.0000 | 550.00 | | |

| | GROSS | F.I.C.A. | FED. | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 550.00 | 42.08 | 20.00 | 16.58 | 10.67 | 0.60 | 89.93 | 460.07 |
| YTD | 9600.00 | 734.42 | 80.00 | 66.32 | 68.21 | 24.60 | | |

EXEMPT M 3

## FLAUM APPETIZING CORP.

CK.# 56507

| EMP # | DEPT. | NAME | S.S.C. # | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| R02 | | FELIPE ROMERO | | 10/12/07 | 10/16/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| REG | O.T. | TYPE | RATE | AMOUNT | TYPE | | AMOUNT |
| | | REG PAY | 550.0000 | 550.00 | | | |

| | GROSS | F.I.C.A. | FED | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 550.00 | 42.08 | 20.00 | 16.58 | 10.67 | 0.60 | 89.93 | 460.07 |
| YTD | 10150.00 | 776.50 | 100.00 | 82.90 | 78.88 | 25.20 | | |

EXEMPT M 3

## FLAUM APPETIZING CORP.

CK.# 56556

| EMP # | DEPT. | NAME | S.S.C. # | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| R02 | | FELIPE ROMERO | | 10/19/07 | 10/23/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| REG | O.T. | TYPE | RATE | AMOUNT | TYPE | | AMOUNT |
| | | REG PAY | 550.0000 | 550.00 | | | |

| | GROSS | F.I.C.A. | FED | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 550.00 | 42.08 | 20.00 | 16.58 | 10.67 | 0.60 | 89.93 | 460.07 |
| YTD | 10700.00 | 818.58 | 120.00 | 99.48 | 89.55 | 25.80 | | |

EXEMPT M 3

## FLAUM APPETIZING CORP.

CK.# 56607

| EMP # | DEPT. | NAME | S.S.C. # | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| R02 | | FELIPE ROMERO | | 10/26/07 | 10/30/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| REG | O.T. | TYPE | RATE | AMOUNT | TYPE | | AMOUNT |
| | | REG PAY | 550.0000 | 550.00 | | | |

| | GROSS | F.I.C.A. | FED | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 550.00 | 42.08 | 20.00 | 16.58 | 10.67 | 0.60 | 89.93 | 460.07 |
| YTD | 11250.00 | 860.66 | 140.00 | 116.06 | 100.22 | 26.40 | | |

EXEMPT M 3