# EXHIBIT C

**FLAUM APPETIZING CORP.**  CK.# 56085

| EMP.# | DEPT | NAME | S.S.C.# | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| R02 | | FELIPE ROMERO | | 08/03/07 | 08/07/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 200.0000 | 200.00 | | |

| | GROSS | F.I.C.A. | FED | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 200.00 | 15.30 | | | 0.69 | 0.60 | 16.59 | 183.41 |
| YTD | 6400.00 | 489.60 | | | 22.08 | 19.20 | | |

EXEMPT M 3

---

**FLAUM APPETIZING CORP.**  CK.# 56129

| EMP.# | DEPT | NAME | S.S.C.# | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| R02 | | FELIPE ROMERO | | 08/10/07 | 08/14/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 200.0000 | 200.00 | | |

| | GROSS | F.I.C.A. | FED | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 200.00 | 15.30 | | | 0.69 | 0.60 | 16.59 | 183.41 |
| YTD | 6600.00 | 504.90 | | | 22.77 | 19.80 | | |

EXEMPT M 3

---

**FLAUM APPETIZING CORP.**  CK.# 56172

| EMP.# | DEPT | NAME | S.S.C.# | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| R02 | | FELIPE ROMERO | | 08/17/07 | 08/21/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 200.0000 | 200.00 | | |

| | GROSS | F.I.C.A. | FED | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 200.00 | 15.30 | | | 0.69 | 0.60 | 16.59 | 183.41 |
| YTD | 6800.00 | 520.20 | | | 23.46 | 20.40 | | |

EXEMPT M 3

**FLAUM APPETIZING CORP.**  CK.# 56216

| EMP # | DEPT | NAME | S.S.C.# | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| R02 | | FELIPE ROMERO | | 08/24/07 | 08/28/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG. | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 200.0000 | 200.00 | | |

| | GROSS | F.I.C.A. | FED | STATE | LOCAL | SUI/SDI | TOTAL DED | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 200.00 | 15.30 | | | 0.69 | 0.60 | 16.59 | 183.41 |
| YTD | 7000.00 | 535.50 | | | 24.15 | 21.00 | | |

EXEMPT M 3

---

**FLAUM APPETIZING CORP.**  CK.# 56259

| EMP # | DEPT | NAME | S.S.C.# | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| R02 | | FELIPE ROMERO | | 08/31/07 | 09/04/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG. | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 200.0000 | 200.00 | | |

| | GROSS | F.I.C.A. | FED | STATE | LOCAL | SUI/SDI | TOTAL DED | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 200.00 | 15.30 | | | 0.69 | 0.60 | 16.59 | 183.41 |
| YTD | 7200.00 | 550.80 | | | 24.84 | 21.60 | | |

EXEMPT M 3

---

**FLAUM APPETIZING CORP.**  CK.# 56304

| EMP # | DEPT | NAME | S.S.C.# | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| R02 | | FELIPE ROMERO | | 09/07/07 | 09/11/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG. | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 200.0000 | 200.00 | | |

| | GROSS | F.I.C.A. | FED | STATE | LOCAL | SUI/SDI | TOTAL DED | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 200.00 | 15.30 | | | 0.69 | 0.60 | 16.59 | 183.41 |
| YTD | 7400.00 | 566.10 | | | 25.53 | 22.20 | | |

EXEMPT M 3

**FLAUM APPETIZING CORP.**   CK.# 56391

| EMP.# | DEPT. | NAME | S.S.C.# | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| R02 | | FELIPE ROMERO | | 09/21/07 | 09/25/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 550.0000 | 550.00 | | |

| | GROSS | F.I.C.A | FED | STATE | LOCAL | SUI/SDI | TOTAL DED | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 550.00 | 42.08 | 20.00 | 16.58 | 10.67 | 0.60 | 89.93 | 460.07 |
| YTD | 8500.00 | 650.26 | 40.00 | 33.16 | 46.87 | 23.40 | | |

EXEMPT M 3

---

**FLAUM APPETIZING CORP.**   CK.# 56435

| EMP.# | DEPT. | NAME | S.S.C.# | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| R02 | | FELIPE ROMERO | | 09/28/07 | 10/08/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 550.0000 | 550.00 | | |

| | GROSS | F.I.C.A | FED | STATE | LOCAL | SUI/SDI | TOTAL DED | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 550.00 | 42.08 | 20.00 | 16.58 | 10.67 | 0.60 | 89.93 | 460.07 |
| YTD | 9050.00 | 692.34 | 60.00 | 49.74 | 57.54 | 24.00 | | |

EXEMPT M 3

---

**FLAUM APPETIZING CORP.**   CK.# 56465

| EMP.# | DEPT. | NAME | S.S.C.# | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| R02 | | FELIPE ROMERO | | 10/05/07 | 10/08/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 550.0000 | 550.00 | | |

| | GROSS | F.I.C.A | FED | STATE | LOCAL | SUI/SDI | TOTAL DED | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 550.00 | 42.08 | 20.00 | 16.58 | 10.67 | 0.60 | 89.93 | 460.07 |
| YTD | 9600.00 | 734.42 | 80.00 | 66.32 | 68.21 | 24.60 | | |

EXEMPT M 3

## FLAUM APPETIZING CORP.

CK.# 56507

| EMP # | DEPT | NAME | S.S.C. # | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| R02 | | FELIPE ROMERO | | 10/12/07 | 10/16/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 550.0000 | 550.00 | | |

| | GROSS | F.I.C.A | FED | STATE | LOCAL | SUI/SDI | TOTAL DED | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 550.00 | 42.08 | 20.00 | 16.58 | 10.67 | 0.60 | 89.93 | 460.07 |
| YTD | 10150.00 | 776.50 | 100.00 | 82.90 | 78.88 | 25.20 | | |

EXEMPT M 3

## FLAUM APPETIZING CORP.

CK.# 56556

| EMP # | DEPT | NAME | S.S.C. # | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| R02 | | FELIPE ROMERO | | 10/19/07 | 10/23/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 550.0000 | 550.00 | | |

| | GROSS | F.I.C.A | FED | STATE | LOCAL | SUI/SDI | TOTAL DED | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 550.00 | 42.08 | 20.00 | 16.58 | 10.67 | 0.60 | 89.93 | 460.07 |
| YTD | 10700.00 | 818.58 | 120.00 | 99.48 | 89.55 | 25.80 | | |

EXEMPT M 3

## FLAUM APPETIZING CORP.

CK.# 56607

| EMP # | DEPT | NAME | S.S.C. # | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| R02 | | FELIPE ROMERO | | 10/26/07 | 10/30/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 550.0000 | 550.00 | | |

| | GROSS | F.I.C.A | FED | STATE | LOCAL | SUI/SDI | TOTAL DED | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 550.00 | 42.08 | 20.00 | 16.58 | 10.67 | 0.60 | 89.93 | 460.07 |
| YTD | 11250.00 | 860.66 | 140.00 | 116.06 | 100.22 | 26.40 | | |

EXEMPT M 3