DAVID TYKULSKER & ASSOCIATES
161 Walnut Street
Montclair, New Jersey 07042
(973) 509-9292 (phone)
(973) 509-1181 (facsimile)
david@dtesq.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIPE ROMERO, JOSE PANI, JUSTINO ROMERO, PLACIDO ROMERO, JUAN JOSE ROMERO, IRMA JUAREZ, GERMAN ROMERO, BULMARO ARENAS, ALTAGRACIA MERCED AND MARIA CORONA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-vs-<br><br>FLAUM APPETIZING CORP., MOSHE GRUDHUT, and "UNKNOWN FLAUM MANAGERS 1-5"(Names Being Fictitious),<br><br>Defendants. | Civil Action No. 07-cv-7222<br><br><br><br>CERTIFICATION OF HERLINDA CORTEZ |

I, HERLINDA CORTEZ, hereby say:

1. I am a plaintiff in this matter and have filed an Election of Plaintiff Status form. A true and correct copy is attached as Exhibit A.

2. I was employed by defendant Flaum Appetizing Corporation from 2004 through May of 2008.

3. Throughout the course of my employment I worked as a cook on the day shift. There were approximately 30 other hourly employees on that shift.

4. I, along with the other employees, was paid an hourly rate. During the first several years of my employment, I was paid $6.50 per hour.

5. From the time that I began working for defendant until in or around August or September of 2007, I typically worked between 60 to 80 hours per week. I received time cards with my pay and have attached as Exhibit B true and correct copies of samples of some of those time cards.

6. During the majority of the time that I was employed by defendants, I received my pay in cash.

7. Throughout the course of my employment, I, along with the other hourly employees, punched in a time clock when we arrived and when we left work each day.

8. From the time I began working for defendant until in or around August or September of 2007, I was not paid overtime wages for all of the hours I worked over 40 hours per week.

9. It was common knowledge that until in or around August or September of 2007, it was company policy not to pay any of the hourly employees overtime.

10. From the time I began working for defendant until in or around August or September of 2007, my employer did not post a notice stating that the employees had a legal right to be paid overtime for hours worked over 40 per week.