# EXHIBIT B

Employee ID sort
Date: 03/18/2007 to 03/24/2007
Employee ID: All

# In & Out Log
Working Punches

Employee: 16-,

Division: Unknown
Department: Unknown
Section: Unknown

Base Dept:  Card #: 16   Auto Lunch: No

| Date | Time In/Out | Division | Department | Section | Abs. Code | Lunch | Hours | Act. Date | Time | Error |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/18/2007 | 7:38 In | | | | | | 11.200 | 3/18/2007 | 7:38 | |
| | 18:50 Out | | | | | | | 3/18/2007 | 18:50 | |
| 3/19/2007 | 6:11 In | | | | | | 13.400 | 3/19/2007 | 6:11 | |
| | 19:35 Out | | | | | | | 3/19/2007 | 19:35 | |
| 3/20/2007 | 6:20 In | | | | | | 14.167 | 3/20/2007 | 6:20 | |
| | 20:30 Out | | | | | | | 3/20/2007 | 20:30 | |
| 3/21/2007 | 6:12 In | | | | | | 14.417 | 3/21/2007 | 6:12 | |
| | 20:37 Out | | | | | | | 3/21/2007 | 20:37 | |
| 3/22/2007 | 6:34 In | | | | | | 13.833 | 3/22/2007 | 6:34 | |
| | 20:24 Out | | | | | | | 3/22/2007 | 20:24 | |
| 3/23/2007 | 6:25 In | | | | | | 9.483 | 3/23/2007 | 6:25 | |
| | 15:54 Out | | | | | | | 3/23/2007 | 15:54 | |

Employee Total: 76.500

Employee ID sort
Date: 02/25/2007 to 03/03/2007
Employee ID: All

# In & Out Log
Working Punches

Employee: 16 -,

Base Dept:  Card #: 16  Auto Lunch: No  Division: Unknown  Department: Unknown  Section: Unknown

| Date | Time In/Out | Division | Department | Section | Abs. Code | Lunch | Hours | Act. Date | Time | Error |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/25/2007 | 7:20 In | | | | | | 9.967 | 2/25/2007 | 7:20 | |
| | 17:18 Out | | | | | | | 2/25/2007 | 17:18 | |
| 2/26/2007 | 7:13 In | | | | | | 12.433 | 2/26/2007 | 7:13 | |
| | 19:39 Out | | | | | | | 2/26/2007 | 19:39 | |
| 2/27/2007 | 7:12 In | | | | | | 14.283 | 2/27/2007 | 7:12 | |
| | 21:29 Out | | | | | | | 2/27/2007 | 21:29 | |
| 2/28/2007 | 7:10 In | | | | | | 13.683 | 2/28/2007 | 7:10 | |
| | 20:51 Out | | | | | | | 2/28/2007 | 20:51 | |
| 3/1/2007 | 7:09 In | | | | | | 12.883 | 3/1/2007 | 7:09 | |
| | 20:02 Out | | | | | | | 3/1/2007 | 20:02 | |
| 3/2/2007 | 7:08 In | | | | | | 8.967 | 3/2/2007 | 7:08 | |
| | 16:05 Out | | | | | | | 3/2/2007 | 16:06 | |

Employee Total: 72.217

**In & Out Log**
Working Punches

Employee ID sort
Date: 03/11/2007 to 03/17/2007
Employee ID: All

Employee: 16 - ,

Base Dept:    Card #: 16    Auto Lunch: No

Division: Unknown
Department: Unknown
Section: Unknown

| Date | Time In/Out | Division | Department | Section | Abs. Code | Lunch Hours | Act. Date | Time | Error |
|---|---|---|---|---|---|---|---|---|---|
| 3/11/2007 | 7:49 In | | | | | | 3/11/2007 | 7:49 | |
| | 19:49 Out | | | | | 12.000 | 3/11/2007 | 19:49 | |
| 3/12/2007 | 6:12 In | | | | | | 3/12/2007 | 6:12 | |
| | 18:59 Out | | | | | 12.783 | 3/12/2007 | 18:59 | |
| 3/13/2007 | 6:15 In | | | | | | 3/13/2007 | 6:15 | |
| | 19:39 Out | | | | | 13.400 | 3/13/2007 | 19:39 | |
| 3/14/2007 | 6:25 In | | | | | | 3/14/2007 | 6:25 | |
| | 19:59 Out | | | | | 13.567 | 3/14/2007 | 19:59 | |
| 3/15/2007 | 6:20 In | | | | | | 3/15/2007 | 6:20 | |
| | 19:07 Out | | | | | 12.783 | 3/15/2007 | 19:07 | |
| 3/16/2007 | 6:23 In | | | | | | 3/16/2007 | 6:23 | |
| | 16:32 Out | | | | | 10.150 | 3/16/2007 | 16:32 | |

Employee Total: 74.683