# EXHIBIT B

Case 1:07-cv-07222-BSJ-JCF   Document 34-13   Filed 08/29/2008   Page 1 of 14

## In & Out Log
Working Punches

Employee ID sort
Date: 03/18/2007 to 03/24/2007
Employee ID: All

Division: Unknown
Department: Unknown
Section: Unknown

Employee: 12 - ,

Base Dept:   Card #: 12   Auto Lunch: No

| Date | Time In/Out | Division | Department | Section | Abs. Code | Lunch | Hours | Act. Date | Time | Error |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/18/2007 | 7:14 In | | | | | | | 3/18/2007 | 7:14 | |
| | 19:37 Out | | | | | | 12.383 | 3/18/2007 | 19:37 | |
| 3/19/2007 | 5:57 In | | | | | | | 3/19/2007 | 5:57 | |
| | 20:16 Out | | | | | | 14.317 | 3/19/2007 | 20:16 | |
| 3/20/2007 | 5:50 In | | | | | | | 3/20/2007 | 5:50 | |
| | 20:13 Out | | | | | | 14.383 | 3/20/2007 | 20:13 | |
| 3/21/2007 | 5:53 In | | | | | | | 3/21/2007 | 5:53 | |
| | 20:02 Out | | | | | | 14.150 | 3/21/2007 | 20:02 | |
| 3/22/2007 | 5:06 In | | | | | | | 3/22/2007 | 5:06 | |
| | 18:49 Out | | | | | | 13.717 | 3/22/2007 | 18:49 | |
| 3/23/2007 | 6:06 In | | | | | | | 3/23/2007 | 6:06 | |
| | 12:56 Out | | | | | | 6.833 | 3/23/2007 | 12:56 | |

Employee Total: 75.783

Employee ID sort
Date: 01/28/2007 to 02/03/2007
Employee ID: All

**In & Out Log**
Working Punches

Division: Unknown
Department: Unknown
Section: Unknown

Employee: 12 - ,

Base Dept:

Card #: 12   Auto Lunch: No

| Date | Time In/Out | Division | Department | Section | Abs. Code | Lunch | Hours | Act. Date | Time | Error |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/28/2007 | 8:08 In | | | | | | 11.167 | 1/28/2007 | 8:08 | |
| | 19:18 Out | | | | | | | 1/28/2007 | 19:18 | |
| 1/29/2007 | 7:00 In | | | | | | 12.250 | 1/29/2007 | 7:00 | |
| | 19:15 Out | | | | | | | 1/29/2007 | 19:15 | |
| 1/30/2007 | 6:58 In | | | | | | 12.517 | 1/30/2007 | 6:58 | |
| | 19:29 Out | | | | | | | 1/30/2007 | 19:29 | |
| 1/31/2007 | 7:02 In | | | | | | 13.300 | 1/31/2007 | 7:02 | |
| | 20:20 Out | | | | | | | 1/31/2007 | 20:20 | |
| 2/1/2007 | 6:49 In | | | | | | 12.333 | 2/1/2007 | 6:49 | |
| | 19:09 Out | | | | | | | 2/1/2007 | 19:09 | |
| 2/2/2007 | 6:53 In | | | | | | 6.117 | 2/2/2007 | 6:53 | |
| | 13:00 Out | | | | | | | 2/2/2007 | 13:00 | |

Employee Total: 67.683

# In & Out Log

Working Punches

Employee ID sort  
Date: 02/04/2007 to 02/10/2007  
Employee ID: All

Division: Unknown  
Department: Unknown  
Section: Unknown

Employee: 12 - ,

**Base Dept:**      **Card #: 12**      **Auto Lunch: No**

| Date | Time | In/Out | Division | Department | Section | Abs. Code | Lunch | Hours | Act. Date | Time | Error |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/4/2007 | 8:19 | In | | | | | | | 2/4/2007 | 8:19 | |
| | 17:18 | Out | | | | | | 8.983 | 2/4/2007 | 17:18 | |
| 2/5/2007 | 7:03 | In | | | | | | | 2/5/2007 | 7:03 | |
| | 19:10 | Out | | | | | | 12.117 | 2/5/2007 | 19:10 | |
| 2/6/2007 | 6:50 | In | | | | | | | 2/6/2007 | 6:50 | |
| | 19:43 | Out | | | | | | 12.883 | 2/6/2007 | 19:43 | |
| 2/7/2007 | 6:49 | In | | | | | | | 2/7/2007 | 6:49 | |
| | 19:35 | Out | | | | | | 12.767 | 2/7/2007 | 19:35 | |
| 2/8/2007 | 6:55 | In | | | | | | | 2/8/2007 | 6:55 | |
| | 19:33 | Out | | | | | | 12.633 | 2/8/2007 | 19:33 | |
| 2/9/2007 | 7:06 | In | | | | | | | 2/9/2007 | 7:06 | |
| | 13:26 | Out | | | | | | 6.333 | 2/9/2007 | 13:26 | |

**Employee Total:** 65.717

## In & Out Log
Working Punches

Employee ID sort
Date: 02/11/2007 to 02/17/2007
Employee ID: All

Division: Unknown
Department: Unknown
Section: Unknown

Employee: 12 - ,

Base Dept:    Card #: 12    Auto Lunch: No

| Date | Time | In/Out | Division | Department | Section | Abs. Code | Lunch | Hours | Act. Date | Time | Error |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/11/2007 | 8:14 | In | | | | | | | 2/11/2007 | 8:14 | |
| | 18:57 | Out | | | | | | 10.717 | 2/11/2007 | 18:57 | |
| 2/12/2007 | 6:56 | In | | | | | | | 2/12/2007 | 6:56 | |
| | 19:55 | Out | | | | | | 12.983 | 2/12/2007 | 19:55 | |
| 2/13/2007 | 6:52 | In | | | | | | | 2/13/2007 | 6:52 | |
| | 19:10 | Out | | | | | | 12.300 | 2/13/2007 | 19:10 | |
| 2/14/2007 | 7:09 | In | | | | | | | 2/14/2007 | 7:09 | |
| | 19:13 | Out | | | | | | 12.067 | 2/14/2007 | 19:13 | |
| 2/15/2007 | 7:10 | In | | | | | | | 2/15/2007 | 7:10 | |
| | 19:32 | Out | | | | | | 12.367 | 2/15/2007 | 19:32 | |
| 2/16/2007 | 6:51 | In | | | | | | | 2/16/2007 | 6:51 | |
| | 12:37 | Out | | | | | | 5.767 | 2/16/2007 | 12:37 | |

Employee Total:    66.200

# In & Out Log
Working Punches

Employee ID sort
Date: 02/18/2007 to 02/24/2007
Employee ID: All

Division: Unknown
Department: Unknown
Section: Unknown

Employee: 12 - ,

Base Dept:                                              Card #: 12           Auto Lunch: No

| Date | Time In/Out | Division | Department | Section | Abs. Code | Lunch | Hours | Act. Date | Time | Error |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/18/2007 | 8:17 In | | | | | | | 2/18/2007 | 8:17 | |
| | 18:07 Out | | | | | | 9.833 | 2/18/2007 | 18:07 | |
| 2/19/2007 | 6:55 In | | | | | | | 2/19/2007 | 6:55 | |
| | 20:13 Out | | | | | | 13.300 | 2/19/2007 | 20:13 | |
| 2/20/2007 | 6:58 In | | | | | | | 2/20/2007 | 6:58 | |
| | 19:06 Out | | | | | | 12.133 | 2/20/2007 | 19:06 | |
| 2/21/2007 | 6:53 In | | | | | | | 2/21/2007 | 6:53 | |
| | 20:52 Out | | | | | | 13.983 | 2/21/2007 | 20:52 | |
| 2/22/2007 | 6:50 In | | | | | | | 2/22/2007 | 6:50 | |
| | 19:15 Out | | | | | | 12.417 | 2/22/2007 | 19:15 | |
| 2/23/2007 | 7:04 In | | | | | | | 2/23/2007 | 7:04 | |
| | 14:32 Out | | | | | | 7.467 | 2/23/2007 | 14:32 | |

Employee Total:   69.133

## In & Out Log
Working Punches

Employee ID sort
Date: 03/18/2007 to 03/24/2007
Employee ID: All

Division: Unknown
Department: Unknown
Section: Unknown

Employee: 12 - ,

Base Dept:                                    Card #: 12        Auto Lunch: No

| Date | Time In/Out | Division | Department | Section | Abs. Code | Lunch | Hours | Act. Date | Time | Error |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/18/2007 | 7:14 In | | | | | | | 3/18/2007 | 7:14 | |
| | 19:37 Out | | | | | | 12.383 | 3/18/2007 | 19:37 | |
| 3/19/2007 | 5:57 In | | | | | | | 3/19/2007 | 5:57 | |
| | 20:16 Out | | | | | | 14.317 | 3/19/2007 | 20:16 | |
| 3/20/2007 | 5:50 In | | | | | | | 3/20/2007 | 5:50 | |
| | 20:13 Out | | | | | | 14.383 | 3/20/2007 | 20:13 | |
| 3/21/2007 | 5:53 In | | | | | | | 3/21/2007 | 5:53 | |
| | 20:02 Out | | | | | | 14.150 | 3/21/2007 | 20:02 | |
| 3/22/2007 | 5:06 In | | | | | | | 3/22/2007 | 5:06 | |
| | 18:49 Out | | | | | | 13.717 | 3/22/2007 | 18:49 | |
| 3/23/2007 | 6:06 In | | | | | | | 3/23/2007 | 6:06 | |
| | 12:56 Out | | | | | | 6.833 | 3/23/2007 | 12:56 | |

Employee Total:   75.783

## In & Out Log
Working Punches

Employee ID sort  
Date: 04/01/2007 to 04/14/2007  
Employee ID: All  

Division: Unknown  
Department: Unknown  
Section: Unknown  

Employee: 12 - ,

Base Dept:                  Card #: 12           Auto Lunch: No

| Date | Time | In/Out | Division | Department | Section | Abs. Code | Lunch | Hours | Act. Date | Time | Error |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/1/2007 | 6:00 | In | | | | | | | 4/1/2007 | 6:00 | |
| | 17:21 | Out | | | | | | 11.350 | 4/1/2007 | 17:21 | |
| 4/2/2007 | 6:14 | In | | | | | | | 4/2/2007 | 6:14 | |
| | 13:18 | Out | | | | | | 7.067 | 4/2/2007 | 13:18 | |
| 4/10/2007 | 20:04 | In | | | | | | | 4/10/2007 | 20:04 | |
| | 22:47 | Out | | | | | | 2.717 | 4/10/2007 | 22:47 | |
| 4/11/2007 | 5:58 | In | | | | | | | 4/11/2007 | 5:58 | |
| | 21:08 | Out | | | | | | 15.167 | 4/11/2007 | 21:08 | |
| 4/12/2007 | 5:53 | In | | | | | | | 4/12/2007 | 5:53 | |
| | 22:01 | Out | | | | | | 16.133 | 4/12/2007 | 22:01 | |
| 4/13/2007 | 7:08 | In | | | | | | | 4/13/2007 | 7:08 | |
| | 13:12 | Out | | | | | | 6.067 | 4/13/2007 | 13:12 | |

Employee Total: 58.500

## In & Out Log
Working Punches

Employee Name sort  
Date: 04/15/2007 to 04/21/2007  
Employee ID: All  

Division: Unknown  
Department: Unknown  
Section: Unknown  

Employee: 12 - ,

Base Dept:     Card #: 12     Auto Lunch: No

| Date | Time | In/Out | Division | Department | Section | Abs. Code | Lunch | Hours | Act. Date | Time | Error |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/15/2007 | 8:11 | In | | | | | | | 4/15/2007 | 8:11 | |
| | 16:54 | Out | | | | | | 8.717 | 4/15/2007 | 16:54 | |
| 4/16/2007 | 7:20 | In | | | | | | | 4/16/2007 | 7:20 | |
| | 19:20 | Out | | | | | | 12.000 | 4/26/2007 | 16:39 | |
| 4/17/2007 | 7:05 | In | | | | | | | 4/17/2007 | 7:05 | |
| | 20:20 | Out | | | | | | 13.250 | 4/17/2007 | 20:20 | |
| 4/18/2007 | 7:09 | In | | | | | | | 4/18/2007 | 7:09 | |
| | 20:38 | Out | | | | | | 13.483 | 4/18/2007 | 20:38 | |
| 4/19/2007 | 7:50 | In | | | | | | | 4/19/2007 | 7:50 | |
| | 19:17 | Out | | | | | | 11.450 | 4/19/2007 | 19:17 | |
| 4/20/2007 | 7:20 | In | | | | | | | 4/20/2007 | 7:20 | |
| | 14:23 | Out | | | | | | 7.050 | 4/20/2007 | 14:23 | |

Employee Total:  65.950

# EXHIBIT C

**FLAUM APPETIZING CORP.**  CK.# 55218

| EMP.# | DEPT. | NAME | S.S.C.# | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| P01 | | JOSE PANI | | 03/16/07 | 03/20/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG. | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 240.0000 | 240.00 | | |

| | GROSS | F.I.C.A | FED. | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 240.00 | 18.36 | | 1.54 | 1.45 | 0.60 | 21.95 | 218.05 |
| YTD | 240.00 | 18.36 | | 1.54 | 1.45 | 0.60 | | |

EXEMPT M 3

---

**FLAUM APPETIZING CORP.**  CK.# 55262

| EMP.# | DEPT. | NAME | S.S.C.# | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| P01 | | JOSE PANI | | 03/23/07 | 03/27/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG. | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 240.0000 | 240.00 | | |

| | GROSS | F.I.C.A | FED. | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 240.00 | 18.36 | | 1.54 | 1.45 | 0.60 | 21.95 | 218.05 |
| YTD | 480.00 | 36.72 | | 3.08 | 2.90 | 1.20 | | |

EXEMPT M 3

---

**FLAUM APPETIZING CORP.**  CK.# 55396

| EMP.# | DEPT. | NAME | S.S.C.# | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| P01 | | JOSE PANI | | 04/13/07 | 04/17/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG. | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 240.0000 | 240.00 | | |

| | GROSS | F.I.C.A | FED. | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 240.00 | 18.36 | | 1.54 | 1.45 | 0.60 | 21.95 | 218.05 |
| YTD | 1200.00 | 91.80 | | 7.70 | 7.25 | 3.00 | | |

**FLAUM APPETIZING CORP.**  CK.# 55309

| EMP # | DEPT | NAME | S.S.C. # | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| P01 | | JOSE PANI | | 03/30/07 | 04/03/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 240.0000 | 240.00 | | |

| | GROSS | F.I.C.A. | FED. | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 240.00 | 18.36 | | 1.54 | 1.45 | 0.60 | 21.95 | 218.05 |
| YTD | 720.00 | 55.08 | | 4.62 | 4.35 | 1.80 | | |

EXEMPT M 3

---

**FLAUM APPETIZING CORP.**  CK.# 55352

| EMP # | DEPT | NAME | S.S.C. # | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| P01 | | JOSE PANI | | 04/06/07 | 04/11/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 240.0000 | 240.00 | | |

| | GROSS | F.I.C.A. | FED. | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 240.00 | 18.36 | | 1.54 | 1.45 | 0.60 | 21.95 | 218.05 |
| YTD | 960.00 | 73.44 | | 6.16 | 5.80 | 2.40 | | |

EXEMPT M 3

---

**FLAUM APPETIZING CORP.**  CK.# 55439

| EMP # | DEPT | NAME | S.S.C. # | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| P01 | | JOSE PANI | | 04/20/07 | 04/24/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 240.0000 | 240.00 | | |

| | GROSS | F.I.C.A. | FED. | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 240.00 | 18.36 | | 1.54 | 1.45 | 0.60 | 21.95 | 218.05 |
| YTD | 1440.00 | 110.16 | | 9.24 | 8.70 | 3.60 | | |

EXEMPT M 3

**FLAUM APPETIZING CORP.**  CK.# 55483

| EMP. # | DEPT. | NAME | S.S.C. # | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| P01 | | JOSE PANI | | 04/27/07 | 05/01/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG. | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 240.0000 | 240.00 | | |

| | GROSS | F.I.C.A. | FED. | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 240.00 | 18.36 | | 1.54 | 1.45 | 0.60 | 21.95 | 218.05 |
| YTD | 1680.00 | 128.52 | | 10.78 | 10.15 | 4.20 | | |

EXEMPT M 3

---

**FLAUM APPETIZING CORP.**  CK.# 55524

| EMP. # | DEPT. | NAME | S.S.C. # | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| P01 | | JOSE PANI | | 05/04/07 | 05/08/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG. | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 240.0000 | 240.00 | | |

| | GROSS | F.I.C.A. | FED. | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 240.00 | 18.36 | | 1.54 | 1.45 | 0.60 | 21.95 | 218.05 |
| YTD | 1920.00 | 146.88 | | 12.32 | 11.60 | 4.80 | | |

EXEMPT M 3

---

**FLAUM APPETIZING CORP.**  CK.# 55696

| EMP. # | DEPT. | NAME | S.S.C. # | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| P01 | | JOSE PANI | | 06/01/07 | 06/05/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG. | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 240.0000 | 240.00 | | |

| | GROSS | F.I.C.A. | FED. | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 240.00 | 18.36 | | 1.54 | 1.45 | 0.60 | 21.95 | 218.05 |
| YTD | 2880.00 | 220.32 | | 18.48 | 17.40 | 7.20 | | |

EXEMPT M 3

**FLAUM APPETIZING CORP.**  CK.# 55735

| EMP.# | DEPT. | NAME | S.S.C.# | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| P01 | | JOSE PANI | | 06/08/07 | 06/12/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG. | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 240.0000 | 240.00 | | |

| | GROSS | F.I.C.A. | FED | STATE | LOCAL | SUI/SDI | TOTAL DED | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 240.00 | 18.36 | | 1.54 | 1.45 | 0.60 | 21.95 | 218.05 |
| YTD | 3120.00 | 238.68 | | 20.02 | 18.85 | 7.80 | | |

EXEMPT M 3

---

**FLAUM APPETIZING CORP.**  CK.# 55782

| EMP.# | DEPT. | NAME | S.S.C.# | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| P01 | | JOSE PANI | | 06/15/07 | 06/19/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG. | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 240.0000 | 240.00 | | |

| | GROSS | F.I.C.A. | FED | STATE | LOCAL | SUI/SDI | TOTAL DED | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 240.00 | 18.36 | | 1.54 | 1.45 | 0.60 | 21.95 | 218.05 |
| YTD | 3360.00 | 257.04 | | 21.56 | 20.30 | 8.40 | | |

EXEMPT M 3

---

**FLAUM APPETIZING CORP.**  CK.# 55954

| EMP.# | DEPT. | NAME | S.S.C.# | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| P01 | | JOSE PANI | | 07/13/07 | 07/17/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG. | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 240.0000 | 240.00 | | |

| | GROSS | F.I.C.A. | FED | STATE | LOCAL | SUI/SDI | TOTAL DED | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 240.00 | 18.36 | | 1.54 | 1.45 | 0.60 | 21.95 | 218.05 |
| YTD | 4080.00 | 312.12 | | 26.18 | 24.65 | 10.20 | | |

EXEMPT M 3