# EXHIBIT C

**FLAUM APPETIZING CORP.**   CK.# 55218

| EMP.# | DEPT. | NAME | S.S.C.# | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| P01 | | JOSE PANI | | 03/16/07 | 03/20/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG. | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 240.0000 | 240.00 | | |

| | GROSS | F.I.C.A. | FED. | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 240.00 | 18.36 | | 1.54 | 1.45 | 0.60 | 21.95 | 218.05 |
| YTD | 240.00 | 18.36 | | 1.54 | 1.45 | 0.60 | | |

EXEMPT M 3


**FLAUM APPETIZING CORP.**   CK.# 55262

| EMP.# | DEPT. | NAME | S.S.C.# | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| P01 | | JOSE PANI | | 03/23/07 | 03/27/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG. | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 240.0000 | 240.00 | | |

| | GROSS | F.I.C.A. | FED. | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 240.00 | 18.36 | | 1.54 | 1.45 | 0.60 | 21.95 | 218.05 |
| YTD | 480.00 | 36.72 | | 3.08 | 2.90 | 1.20 | | |

EXEMPT M 3


**FLAUM APPETIZING CORP.**   CK.# 55396

| EMP.# | DEPT. | NAME | S.S.C.# | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| P01 | | JOSE PANI | | 04/13/07 | 04/17/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG. | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 240.0000 | 240.00 | | |

| | GROSS | F.I.C.A. | FED. | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 240.00 | 18.36 | | 1.54 | 1.45 | 0.60 | 21.95 | 218.05 |
| YTD | 1200.00 | 91.80 | | 7.70 | 7.25 | 3.00 | | |

**FLAUM APPETIZING CORP.**  CK.# 55309

| EMP # | DEPT | NAME | S.S.C. # | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| P01 |  | JOSE PANI |  | 03/30/07 | 04/03/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
|  |  | REG PAY | 240.0000 | 240.00 |  |  |

|  | GROSS | F.I.C.A. | FED. | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 240.00 | 18.36 |  | 1.54 | 1.45 | 0.60 | 21.95 | 218.05 |
| YTD | 720.00 | 55.08 |  | 4.62 | 4.35 | 1.80 |  |  |

EXEMPT M 3

---

**FLAUM APPETIZING CORP.**  CK.# 55352

| EMP # | DEPT | NAME | S.S.C. # | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| P01 |  | JOSE PANI |  | 04/06/07 | 04/11/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
|  |  | REG PAY | 240.0000 | 240.00 |  |  |

|  | GROSS | F.I.C.A. | FED. | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 240.00 | 18.36 |  | 1.54 | 1.45 | 0.60 | 21.95 | 218.05 |
| YTD | 960.00 | 73.44 |  | 6.16 | 5.80 | 2.40 |  |  |

EXEMPT M 3

---

**FLAUM APPETIZING CORP.**  CK.# 55439

| EMP # | DEPT | NAME | S.S.C. # | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| P01 |  | JOSE PANI |  | 04/20/07 | 04/24/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
|  |  | REG PAY | 240.0000 | 240.00 |  |  |

|  | GROSS | F.I.C.A. | FED. | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 240.00 | 18.36 |  | 1.54 | 1.45 | 0.60 | 21.95 | 218.05 |
| YTD | 1440.00 | 110.16 |  | 9.24 | 8.70 | 3.60 |  |  |

EXEMPT M 3

**FLAUM APPETIZING CORP.**   CK.# 55483

| EMP # | DEPT. | NAME | S.S.C. # | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| P01 | | JOSE PANI | | 04/27/07 | 05/01/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG. | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 240.0000 | 240.00 | | |

| | GROSS | F.I.C.A. | FED. | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 240.00 | 18.36 | | 1.54 | 1.45 | 0.60 | 21.95 | 218.05 |
| YTD | 1680.00 | 128.52 | | 10.78 | 10.15 | 4.20 | | |

EXEMPT M 3

**FLAUM APPETIZING CORP.**   CK.# 55524

| EMP # | DEPT. | NAME | S.S.C. # | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| P01 | | JOSE PANI | | 05/04/07 | 05/08/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG. | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 240.0000 | 240.00 | | |

| | GROSS | F.I.C.A. | FED. | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 240.00 | 18.36 | | 1.54 | 1.45 | 0.60 | 21.95 | 218.05 |
| YTD | 1920.00 | 146.88 | | 12.32 | 11.60 | 4.80 | | |

EXEMPT M 3

**FLAUM APPETIZING CORP.**   CK.# 55696

| EMP # | DEPT. | NAME | S.S.C. # | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| P01 | | JOSE PANI | | 06/01/07 | 06/05/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG. | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 240.0000 | 240.00 | | |

| | GROSS | F.I.C.A. | FED. | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 240.00 | 18.36 | | 1.54 | 1.45 | 0.60 | 21.95 | 218.05 |
| YTD | 2880.00 | 220.32 | | 18.48 | 17.40 | 7.20 | | |

EXEMPT M 3

**FLAUM APPETIZING CORP.**  CK.# 55735

| EMP. # | DEPT. | NAME | S.S.C. # | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| P01 | | JOSE PANI | | 06/08/07 | 06/12/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG. | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 240.0000 | 240.00 | | |

| | GROSS | F.I.C.A. | FED | STATE | LOCAL | SUI/SDI | TOTAL DED | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 240.00 | 18.36 | | 1.54 | 1.45 | 0.60 | 21.95 | 218.05 |
| YTD | 3120.00 | 238.68 | | 20.02 | 18.85 | 7.80 | | |

EXEMPT M 3

---

**FLAUM APPETIZING CORP.**  CK.# 55782

| EMP. # | DEPT. | NAME | S.S.C. # | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| P01 | | JOSE PANI | | 06/15/07 | 06/19/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG. | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 240.0000 | 240.00 | | |

| | GROSS | F.I.C.A. | FED | STATE | LOCAL | SUI/SDI | TOTAL DED | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 240.00 | 18.36 | | 1.54 | 1.45 | 0.60 | 21.95 | 218.05 |
| YTD | 3360.00 | 257.04 | | 21.56 | 20.30 | 8.40 | | |

EXEMPT M 3

---

**FLAUM APPETIZING CORP.**  CK.# 55954

| EMP. # | DEPT. | NAME | S.S.C. # | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| P01 | | JOSE PANI | | 07/13/07 | 07/17/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG. | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| | | REG PAY | 240.0000 | 240.00 | | |

| | GROSS | F.I.C.A. | FED | STATE | LOCAL | SUI/SDI | TOTAL DED | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 240.00 | 18.36 | | 1.54 | 1.45 | 0.60 | 21.95 | 218.05 |
| YTD | 4080.00 | 312.12 | | 26.18 | 24.65 | 10.20 | | |

EXEMPT M 3