DAVID TYKULSKER & ASSOCIATES
161 Walnut Street
Montclair, New Jersey 07042
(973) 509-9292 (phone)
(973) 509-1181 (facsimile)
david@dtesq.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIPE ROMERO, JOSE PANI, JUSTINO ROMERO, PLACIDO ROMERO, JUAN JOSE ROMERO, IRMA JUAREZ, GERMAN ROMERO, BULMARO ARENAS, ALTAGRACIA MERCED AND MARIA CORONA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-vs-<br><br>FLAUM APPETIZING CORP., MOSHE GRUDHUT, and "UNKNOWN FLAUM MANAGERS 1-5"(Names Being Fictitious),<br><br>Defendants. | Civil Action No. 07-cv-7222<br><br>**ORDER** |

THIS MATTER, having been opened to the Court on application of David Tykulsker & Associates, attorneys for plaintiffs, for an Order granting their motion to certify this matter as a collective action, for leave to mail and publish notice to all potential plaintiffs and to compel defendants to produce identifying information about potential plaintiffs and the Court having considered the arguments and submission of counsel; and good cause having been shown;

IT IS on this ____ day of _____, 2008; hereby ORDERED that

(1) Plaintiffs motion to certify this matter as a collective action pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216 (b), *et seq.*, be and hereby is GRANTED,

(2) Plaintiffs motion for permission to publish and mail a proposed Notice to all potential plaintiffs be and hereby is GRANTED; and it is further ORDERED that

(3) Defendants shall within ___ days of the date of this ORDER produce the following information regarding any and all persons employed by defendants since the day it began operations until the present:

    (a)    Name,

    (b)    Last known residential address,

    (c)    Last known home and cellular telephone number; and it is further

ORDERED that a copy of this Order shall be served upon all parties within __ days of execution hereof.

 

_____
HON. JAMES C. FRANCIS, U.S.M..J.