DAVID TYKULSKER & ASSOCIATES
161 Walnut Street
Montclair, New Jersey 07042
(973) 509-9292 (phone)
(973) 509-1181 (facsimile)
david@dtesq.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIPE ROMERO, JOSE PANI, JUSTINO ROMERO, PLACIDO ROMERO, JUAN JOSE ROMERO, IRMA JUAREZ, GERMAN ROMERO, BULMARO ARENAS, ALTAGRACIA MERCED AND MARIA CORONA, on behalf of themselves and all others<br><br>Plaintiffs,<br><br>-vs-<br><br>FLAUM APPETIZING CORP., MOSHE GRUDHUT, and "UNKNOWN FLAUM MANAGERS 1-5"(Names Being Fictitious),<br><br>Defendants. | Civil Action No. 07-cv-7222<br><br><br><br><br><br>**CERTIFICATION OF SERVICE** |

I, Norma M. Edrington, certify and say:

1. I am a legal assistant in the law firm of David Tykulsker & Associates, counsel for plaintiffs, in the above captioned matter.

2. On August 29, 2008, this office electronically filed with the United States District Court for the Southern District of New York Bankruptcy the following:

   • Notice of Motion for Certification as Collective Action;

- Brief in Support of Motion for Certification as Collective Action;

- Certification of Maria Corona Rivas with attached Exhibit A

- Certification of Felipe Romero with attached Exhibits A through C;

- Certification of Herlinda Cortez with attached Exhibits A & B;

- Certification of Jose Pani Romero with attached Exhibits A through C;

- Proposed Order

3. As counsel for the Defendants are registered ECF Filing Users, counsel is served by virtue of ¶ 2 above.

Pursuant to 28 *U.S.C.* § 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on August 29, 2008.

NORMA M. EDRINGTON